J. MICHAL BLOOM, Attorney  E-Filed on August 13, 2010
State Bar # NV 4706
j.michal.bloom@usdoj.gov
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 229
Facsimile:  (702) 388-6658

**Attorneys for the Acting United States Trustee**
    AUGUST B. LANDIS

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

**DON GROVER WHITE,**

                    Debtor.

CASE NO: BK-**S-10-19402**-lbr

Chapter 11

Date:  N/A
Time:  N/A

## NOTICE OF THE ACTING UNITED STATES TRUSTEE'S APPOINTMENT OF A COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

  Pursuant to 11 U.S.C. § 1102(a)(1) and (b)(1), the Acting United States Trustee hereby appoints the following unsecured creditors of Don Grover White's bankruptcy estate to the Official Committee of Unsecured Creditors:

1.  Julie MacHale, Vice President
    Weyerhaeuser Realty Investors
    8105 Irvine Center Drive, Suite 420
    Irvine, CA 92618
    Phone: 949-753-7767 x1844
    Fax:    949-753-7791
    Email: julie.machale@wri-online.com

2.  Hoyt Henson, Account Manager
    Republic Credit One, LP
    3214 W. Park Row Drive
    Arlington, TX 76013
    Phone: 800-887-6456 x2015
    Fax:    817-588-6477
    Email: hhenson@dyckoneal.com

3. Eleissa C. Lavelle, Esq.
Counsel for Iota White, LLC
Duane Morris, LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Phone: 702-868-2605
Fax:   702-920-8931
Email: eclavelle@duanemorris.com

After re-soliciting the persons identified on Debtor's List of Creditors Holding 20 Largest Unsecured Claims filed with the Court ("List"), the above-named persons have agreed to serve and appear to be qualified. If more than seven persons have expressed an interest in serving, the seven largest creditors were selected. Additionally, if an even number of the persons solicited indicated an interest in serving, the smallest creditor was dropped to eliminate the possibility of deadlock. If a solicited creditor returned a questionnaire that rendered them ineligible to serve, that creditor was removed from the potential pool.

Dated: August 13, 2010

Respectfully submitted,

**AUGUST B. LANDIS**
**ACTING UNITED STATES TRUSTEE**
**REGION 17**

By: */s/ J. Michal Bloom*
J. Michal Bloom, Esq.
Attorney for the Acting United States Trustee