Richard M. Lorenzen, AZ Bar No. 006787
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
RLorenzen@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

Attorneys for
MW Housing Partners I, LLC, and
WRI Communities Fund I, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 2:10-bk-19402-lbr |
| | Chapter 11 |
| DON GROVER WHITE, | **AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| Debtor. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned appears in the above-captioned case as counsel for **MW Housing Partners I, LLC (hereinafter, "MW Housing Partners"), and WRI Communities Fund I, LLC (hereinafter, "WRI Communities Fund")**, parties-in-interest, and requests copies of all notices, pleadings and all other filings in the above-captioned case including, without limitation, pursuant to Bankruptcy Rules 2002, 3017, 4001 and 9007.

MW Housing Partners and WRI Communities Fund request that all counsel of record provide the following persons with copies of all notices, pleadings, and all other

filings in the above-captioned case. All counsel of record are requested to direct all written, telephonic, or e-mail communications as follows:

> Richard M. Lorenzen, Esq.
> **PERKINS COIE BROWN & BAIN, PA**
> 2901 North Central Avenue, Suite 2000
> Phoenix, Arizona 85012-2788
> Telephone:  (602) 351-8405
> Facsimile:  (602) 648-7077
> E-mail:        RLorenzen@perkinscoie.com
>
> Julie MacHale
> MW Housing Partners III, LP and
> WRI Communities Fund I, LLC
> c/o Weyerhaeuser Realty Investors
> 8505 Irvine Center Drive, Suite 420
> Irvine, CA 92618
> Telephone:  (949) 753-7767
> Facsimile:  (949) 753-7791
> E-mail:  julie.machale@wri-online.com
>
> Tedi Yasuda
> MW Housing Partners III, LP and
> WRI Communities Fund I, LLC
> c/o Weyerhaeuser Realty Investors
> 14725 SE 36th Street, Suite 401
> Bellevue, WA 98006
> Telephone:  (425) 452-6541
> Facsimile:  (425) 646-8353
> E-mail:  tedi.yasuda@wri-online.com

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

MW Housing Partners and WRI Communities Fund additionally request that the Debtor and the Clerk of the Court place the above-named counsel on any mailing matrix to be prepared or existing in the above-captioned case.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of MW Housing Partners or WRI Communities Fund's:

A. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

B. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution;

C. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

D. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which these parties are entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto these parties without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

August 31, 2010.                                **PERKINS COIE BROWN & BAIN PA**

By: */s/ Richard M. Lorenzen  (AZ Bar # 006787)*
Richard M. Lorenzen
2901 North Central Ave., Suite 2000
Phoenix, Arizona 85012

Attorneys for MW Housing Partners I, LLC, and WRI Communities Fund I, LLC

31723-0074/LEGAL19066763.1