1    Name of Attorney  Richard M. Lorenzen
     Bar #  AZ Bar No. 006787
2    Address  2901 N. Central Avenue, Suite 2000
     Phoenix, AZ 85012-2788
3    Phone #  (602) 351-8000
     e-mail address  RLorenzen@perkinscole.com

4

5            UNITED STATES BANKRUPTCY COURT

6                DISTRICT OF NEVADA

7                  * * * * * *

8    In re:                  )  Bankruptcy No.: bk-s10-19402-lbr
9                         )  Chapter: 11
     DON GROVER WHITE, aka Don G. White, )  Trustee: J. Michal Bloom
10                         )
              Debtor.    )  **CHANGE OF ADDRESS OF:**
11                         )  ( ) **DEBTOR**
                        )  (✓) **CREDITOR**
12   _____ )  ( ) **OTHER**

13

14    This address change applies to (please check all that apply):

15    ☑ Notices only      ☐ Payments from Trustee      ☐ Both Notices and payments

16    I request that notice be sent to the following address: (please print)

17      Julie MacHale
     Name
18      MW Housing Partners III, LP, and WRI Communities Fund I, LLC
     Address
19      c/o Weyerhaeuser Realty Investors, 8105 Irvine Center Drive, Suite 420

20      Irvine        CA          92618
     City        State         Zip Code
   Please check one of the following:

21

22    ☑ The change of address is applicable only in the above captioned case.

23    ☐ The change of address is also applicable in the following related cases: (*please list the case*

24    *numbers*) _____ .

25    DATE: August 31, 2010

26                                 SIGNATURE

   NV_4002(ChangeofAddress_DB012-09).wpd