Entered on Docket
November 04, 2010

Hon. Linda B. Riegle
United States Bankruptcy Judge

Zachariah Larson, NV Bar No. 7787
Michael J. Walsh, NV Bar No. 10265
LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: 702.382.1170
Facsimile: 702.382.1169
Email: ZLarson@lslawnv.com

Richard M. Lorenzen
Arizona Bar No. 006787
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
Email: RLorenzen@perkinscoie.com

Douglas R. Pahl
Oregon Bar No. 950476
Perkins Coie1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
DPahl@perkinscoie.com
Telephone: 503-727-2087
Facsimile: 504 346-2087
Email: DPahl@perkinscoie.com

Counsel for MW Housing Partners, I, LLC and WRI
Communities Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

In re                                          Case No.: BK-S-10-19402-LBR
                                               Chapter 11
DON GROVER WHITE,

          Debtor.                              Date:  October 27, 2010
                                               Time:  2:00 p.m.
                                               Courtroom 1

## ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL TO WRI ENTITIES

Upon consideration of the Motion to Withdraw as Counsel to WRI Entities ("Motion")
filed by undersigned counsel and having heard statements of counsel in support of the relief
requested therein at a hearing (the "Hearing") before the Court; it appearing to the Court that: (a)
the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334 and (b) this is a
core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding notice of the Motion and
the Hearing sufficient under the circumstances; the Court being fully advised in the premises and
having determined that the legal and factual bases set forth in the Motion and at the Hearing
establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED** that the Motion of Perkins Coie LLP to withdraw as counsel
of record is hereby granted.

**IT IS HEREBY FURTHER ORDERED** that any and all future notices may be sent to the
last known address of WRI Entities is:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

2

Julie MacHale, Vice President
Weyerhaeuser Realty Investors
8105 Irvine center drive, Suite 420
Irvine, CA 92618
T: (949) 753-7767
F: (949) 753-7791
Email: julie.machale@wri-online.com

DATED this 2nd day of November, 2010.

Prepared and submitted by:

LARSON & STEPHENS


By____/s/ Zachariah Larson, Esq._____
Zachariah Larson, Esq., NV Bar No. 7787
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Counsel for MW Housing Partners, I, LLC and
WRI Communities Fund, LLC

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

|  |  |
|--|--|
|  |  |

☒ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty or perjury that the foregoing is true and correct.

LARSON & STEPHENS, LLC

By: /s/ Zachariah Larson
Zachariah Larson, Esq. , Bar No.: 7787
Michael J. Walsh, Esq., Bar No. 10265
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Counsel for MW Housing Partners, I, LLC and
WRI Communities Fund, LLC

###

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169