**Entered on Docket**
**April 05, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

LAW OFFICES OF AMY N. TIRRE, APC
A Professional Corporation
AMY N. TIRRE, ESQ. #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

William N. Lobel (CA State Bar No. 93202)
wlobel@thelobelfirm.com
James E. Till (CA State Bar No. 200464)
jtill@thelobelfirm.com
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, CA 92660
Telephone:     (949) 999-2860
Facsimile:     (949) 999-2870
www.thelobelfirm.com

Counsel for Debtor And Debtor-in-Possession, Don G. White

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | ) Case No.: BK-S-10-19402-LBR |
| | ) |
| DON GROVER WHITE, | ) Chapter 11 |
| aka DON G. WHITE, | ) |
| | ) |
| Debtor and | ) **ORDER APPROVING FIRST INTERIM** |
| Debtor-in-Possession. | ) **APPLICATION OF LAW OFFICES OF** |
| | ) **AMY N. TIRRE, APC, LOCAL** |
| | ) **COUNSEL TO THE DEBTOR AND** |
| | ) **DEBTOR-IN-POSSESSION FOR** |
| | ) **COMPENSATION FOR THE PERIOD** |
| | ) **FROM MAY 22, 2010 THROUGH** |
| | ) **DECEMBER 31, 2010** |
| | ) |
| | ) Date:    March 31, 2011 |
| | ) Time:    2:00 p.m. |
| | ) Place:   Courtroom 1 |
| | ) |

- 1 -

4432

Law Offices of Amy N. Tirre, A Professional Corporation, Local Counsel to the Debtor and Debtor-in-Possession in the above-captioned bankruptcy case, having filed its First Interim Fee Application; the application and hearing thereon having been properly noticed according to law; Amy N. Tirre, Esq., appearing on behalf of Law Offices of Amy N. Tirre, APC and Zachariah Larson, Esq., appearing on behalf of the Official Committee of Unsecured Creditors; no opposition having been filed; the Court having considered the Motion and having stated its findings of fact and conclusions of law on the record in open court pursuant to Federal Rule of Civil Procedure 52, made applicable by Federal Rule of Bankruptcy Procedure 7052 and good cause appearing,

IT IS HEREBY ORDERED that:

1. The First Interim Fee Application of the Law Offices of Amy N. Tirre, APC, Local Counsel to Debtor and Debtor-in-Possession is hereby APPROVED in the amount of $12,500.00 (fees) and reimbursement of necessary costs and expenses incurred in the amount of $818.43 (costs) for the period May 22, 2010 through December 31, 2010, for a total amount of approved fees and costs of $13,318.43.

2. Law Offices of Amy N. Tirre, APC is authorized to retain funds previously paid to it through the terms set forth in the initial employment application subject to the Court's approval of a final fee application.

| Submitted by: | APPROVED/DISAPPROVED: |
|---|---|
| LAW OFFICES OF AMY N. TIRRE,<br>A Professional Corporation | |
| By: /s/ Amy N. Tirre<br>    AMY N. TIRRE, ESQ. | By: /s/ Shara L. Larson<br>    SHARA L. LARSON, ESQ. |
| *Local Counsel for Debtor Don G. White* | *Local Counsel for the Official Committee of Unsecured Creditors* |

4432

## **ALTERNATIVE METHOD RE: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☐    The Court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

X    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the documents]:

- SHARA L. LARSON, ESQ.- Approved

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

###