**Entered on Docket
April 06, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Zachariah Larson, NV Bar No. 7787
LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: 702.382.1170
Facsimile: 702.382.1169
Email: ZLarson@lslawnv.com

Richard M. Lorenzen, AZ Bar No. 006787
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
Email: RLorenzen@perkinscoie.com

Douglas R. Pahl, OR Bar No. 950476
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Telephone: 503.727.2087
Facsimile: 504 346.2087
Email: DPahl@perkinscoie.com

Counsel for Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re<br><br>DON GROVER WHITE,<br><br>Debtor. | Case No.:  BK-S-**10-19402**-lbr<br><br>Chapter 11<br><br>Date  March 30, 2011<br>Time: 2:00 p.m.<br>Courtroom 1 |
|---|---|

74661-0001/LEGAL20224961.1

**ORDER AUTHORIZING OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO RETAIN AND EMPLOY
DEVELOPMENT SPECIALISTS, INC. AS FINANCIAL CONSULTANTS**

Upon consideration of the Application for Order Authorizing Official Committee of Unsecured Creditors to Retain and Employ Development Specialists, Inc. as Financial Consultants ("Application") filed by The Official Committee of Unsecured Creditors ("Committee") appointed in the bankruptcy case of Don Grover White ("Debtor") and the Declaration of A. Kyle Everett in support of the Application which submitted concurrently with the Application ("Everett Declaration") and having heard statements of counsel in support of the relief requested therein at a hearing (the "Hearing") before the Court; it appearing to the Court that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding notice of the Application and the Hearing sufficient under the circumstances; the Court finding that Development Specialists, Inc. ("DSI") is a "disinterested person" as defined in section 101(14) of title 11 of the United States Bankruptcy Code ("Bankruptcy Code"), and is in all respects qualified for retention by the Committee pursuant to section 1103 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein;

Now, therefore, IT IS HEREBY ORDERED as follows:

1. The Application is GRANTED as set forth herein.

2. Pursuant to 1103(a) of the Bankruptcy Code, the Committee is authorized to retain and employ DSI as financial consultants at the expense of the Chapter 11 estate on the terms set forth in the Application.

3. DSI shall be compensated for such services, and be reimbursed for any related expenses, pursuant to the Application, and DSI shall file applications and be compensated in accordance with the sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

4. If any potential conflict of interest should arise, or if a relevant connection should be made, DSI shall promptly file a supplemental declaration under Bankruptcy Rule 9014.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

PREPARED AND SUBMITTED:

Dated this 5th day of April, 2011.

LARSON & STEPHENS, LLC

By: /s/ Zachariah Larson, Esq
    Zachariah Larson, Esq.
    810 S. Casino Center Blvd., Suite 104
    Las Vegas, Nevada 89101
    *Counsel for Official Committee of Unsecured Creditors*

Dated this 5th day of April, 2011.

Approved as to form and content

By: /s/ Amy N. Tirre, Esq
    Amy N. Tirre, Esq.
    3715 Lakeside Drive, Suite A
    Reno, NV 89509

    William N. Lobel, Esq.
    James E. Till, Esq.
    THE LOBEL FIRM, LLP
    840 Newport Beach, CA 92660
    Las Vegas, Nevada 89101

    *Attorneys for Debtor and Debtor-in-Possession*

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:    _____, Attorney for Debtor
Failed to Respond

Amy N. Tirre, Esq., Attorney for Debtor
Approved

James E. Till, Esq., Attorney for Debtor
Approved

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing

☒ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

74661-0001/LEGAL20224961.1                              -4-