**Entered on Docket
June 08, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | |
|---|---|
| LAW OFFICES OF AMY N. TIRRE,<br>A Professional Corporation<br>AMY N. TIRRE, ESQ.  #6523<br>3715 Lakeside Drive, Suite A<br>Reno, NV 89509<br>(775) 828-0909 Telephone<br>(775) 828-0914 Facsimile<br>E-mail:  amy@amytirrelaw.com<br><br>Local Counsel for Don G. White | William N. Lobel (State Bar No. 93202)<br>wlobel@thelobelfirm.com<br>James E. Till (State Bar No. 200464)<br>jtill@thelobelfirm.com<br>THE LOBEL FIRM, LLP<br>840 Newport Center Drive, Suite 750<br>Newport Beach, CA  92660<br>Telephone:     (949) 999-2860<br>Facsimile:      (949) 999-2870<br><br>Reorganization Counsel for Debtor<br>And Debtor-in-Possession,  Don G. White |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

In re

DON GROVER WHITE,
aka DON G. WHITE,

    Debtor and
    Debtor-in-Possession.

) Case No.:  BK-S-10-19402-LBR
)
) Chapter 11
)
) **STIPULATION AND ORDER**
) **CONTINUING HEARING ON (1) FIRST**
) **INTERIM APPLICATION OF THE**
) **LOBEL FIRM, LLP,**
) **REORGANIZATION COUNSEL TO THE**
) **DEBTOR AND DEBTOR-IN-**
) **POSSESSION FOR COMPENSATION**
) **FOR THE PERIOD FROM MAY 22, 2010**
) **THROUGH DECEMBER 31, 2010; (2)**
) **COMMITTEE OF UNSECURED**
) **CREDITORS' MOTION FOR**
) **APPOINTMENT OF EXAMINER**
) **PURSUANT TO 11 U.S.C. §1104(c); AND**
) **(3) STATUS HEARING**
)
) OLD Hearing Date:     June 14, 2011
) Hearing Time:             9:30 a.m.
) Hearing Place:             Courtroom 1
)
) **NEW Hearing:             June 28, 2011**
) **Hearing Time:             9:30 a.m.**
) **Hearing Place:             Courtroom 1**
)

- 1 -

4432

Don G. White, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), by and through his counsel, The Lobel Firm, LLP and Law Offices of Amy N. Tirre, APC, and the Official Committee of Unsecured Creditors by and through counsel Perkins Coie, LLP, hereby stipulate and agree that the hearings on the: (1) First Interim Fee Application for The Lobel Firm, LLP, Reorganization Counsel to the Debtor and Debtor-in-Possession for Compensation for the Period from May 22, 2010 through December 31, 2010; (2) Committee of Unsecured Creditors' Motion to Appoint Examiner Pursuant to 11 U.S.C. §1104(c); and (3) Status Hearing currently scheduled for **June 14, 2011 at 9:30 a.m. be continued to June 28, 2011 at 9:30 a.m.**

| | |
|---|---|
| Dated this 31st day of May, 2011.<br><br>PERKINS COIE, LLP<br><br><br><br>By:  /s/ Richard M. Lorenzen<br>      RICHARD M. LORENZEN, ESQ.<br><br>For the Official Committee of Unsecured Creditors | Dated this 31st day of May, 2011.<br><br>LAW OFFICES OF AMY N. TIRRE,<br>A PROFESSIONAL CORPORATION<br><br><br>By:   /s/ Amy N. Tirre<br>      AMY N. TIRRE, ESQ.<br><br>Local Counsel for Don G. White |

Based upon the foregoing stipulation, IT IS HEREBY ORDERED THAT the hearings on the: (1) First Interim Fee Application for The Lobel Firm, LLP, Reorganization Counsel to the Debtor and Debtor-in-Possession for Compensation for the Period from May 22, 2010 through December 31, 2010; (2) Committee of Unsecured Creditors' Motion to Appoint Examiner Pursuant to 11 U.S.C. §1104(c); and (3) Status Hearing currently scheduled for **June 14, 2011 at 9:30 a.m. be continued to June 28, 2011 at 9:30 a.m.**

###

- 2 -

4432