Zachariah Larson, NV Bar No. 7787
LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: 702.382.1170
Facsimile: 702.382.1169
Email: ZLarson@lslawnv.com

Richard M. Lorenzen
Arizona Bar No. 006787
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
Email: RLorenzen@perkinscoie.com

Douglas R. Pahl
Oregon Bar No. 950476
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
DPahl@perkinscoie.com
Telephone: 503-727-2087
Facsimile: 504 346-2087
Email: DPahl@perkinscoie.com

Counsel for Official Committee of Unsecured Creditors

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DON GROVER WHITE,<br><br>Debtor. | Case No.: BK-S-10-19402-lbr<br>Chapter 11<br><br>Date: August 3, 2011<br>Time: 2:00 p.m.<br>Courtroom 1 |

**FIRST INTERIM FEE APPLICATION OF LARSON & STEPHENS, LLC SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 24, 2010 TO JUNE 3, 2011**
**(ATTORNEY FEES - $12,130.00; COSTS - $685.05)**

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

LARSON & STEPHENS, LLC ("L&S"), local Counsel to the Official Committee of Unsecured Creditors ( the "Committee") of Don Grover White (the "Debtor"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby files its First Interim Fee Application ( the "First Interim Fee Application") seeking entry of an order approving the allowance and authorizing payment of interim compensation totaling $13,165.05 for fees for professional services rendered and reimbursement for expenses paid (the "Requested Compensation"). These fees and expenses were incurred from September 24, 2010 to June 3, 2011 (the "First Interim Fee Period").

During this First Interim Fee Period, L&S incurred $12,130.00 in fees and paid $685.05 in expenses. To date, L&S has received a total of $0.00 from Debtor as detailed in the chart set forth below. This First Interim Fee Application is supported by the Declaration of Zachariah Larson (the "Larson Declaration"), in support hereof and incorporated for all purposes herein by this reference, all other papers and pleadings filed in the above-captioned Chapter 11 case (the "Chapter 11 Case") and upon the following representations herein.

DATED this 30th day of June, 2011.

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
Zachariah Larson, Esq., Bar No.: 7787
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Counsel for Official Committee of Unsecured Creditors

///

///

///

///

///

///

///

**LARSON & STEPHENS**
**BILLING SUMMARY**

| | | |
|---|---|---|
| Retainer Paid | $ | 0.00 |
| Drawn on Retainer | $ | 0.00 |
| Remaining Retainer | $ | 0.00 |
| Current Application Fees Requested | $12,130.00 | |
| Current Application Expenses Requested | $ | 685.05 |

## SUMMARY OF PROFESSIONALS

| NAMES OF PROFESSIONALS & PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED CURRENT APPLICATION | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Shareholders: | | | | |
| Zachariah Larson | 2001 | | 450.00 | |
| | | | | |
| Associates: | | | | |
| Shara Larson | 2001 | | 350.00 | |
| | | | | |
| Paraprofessional: | | | | |
| Carey Shurtliff | | | 175.00 | |
| Susan Stanton | | | 175.00 | |
| | | | | |
| ***TOTAL & BLENDED HOURLY RATE*** | | ***39.80*** | | ***$12,130.00*** |

## SUMMARY OF DISBURSEMENTS

| Expense | Rate | Total |
|---|---|---|
| Federal Express | | $0.00 |
| Photocopies | $0.25 per page | $578.17 |
| Messenger | $10.00 per run | $30.00 |
| Filing Fees | | $350.00 |
| Postage | | $123.00 |
| Pacer Research | $0.08 per page | $18.80 |
| **Total** | | $299.44 |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

## POINTS AND AUTHORITIES

## I. GENERAL BACKGROUND

1. On May 21, 2010, the above-captioned debtor ("Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Nevada (the "Court"). No trustee or examiner has been appointed in these cases. The Debtor continues to manage its assets in the ordinary course as debtor and debtor in possession under section 1107 and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over the First Interim Fee Application, pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of Debtors' Chapter 11 Cases and this First Interim Fee Application is proper under 28 U.S.C. § 1408 and 1409. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

3. On August 13, 2010, the Office of the United States Trustee appointed the Committee as an official committee to represent the interests of unsecured creditors of the Debtor pursuant to section 1102 of the Bankruptcy Code. (Doc 78).

4. The Committee is composed of the following entities:

| Member | Primary Representative |
|---|---|
| Weyerhaeuser Realty Service | Julie MacHale |
| Republic Credit One, Inc. | Hoyt Henson |
| Iota White, LLC | Eleissa C. Lavelle, its counsel |

5. On or about September 24, 2010, Proposed General Counsel for the Committee contacted L&S to engage as Local Counsel for the Committee in this Court under the Bankruptcy Code, as Nevada Counsel for the Official Committee of Unsecured Creditors. On December 22, 2010, the Court granted an Order approving The Application Authorizing Official Committee of Unsecured Creditors to Retain and Employ Larson & Stephens as Local Counsel, NUNC PRO TUNC ("L&S Retention Order"). The L&S Retention Order authorized L&S to be compensated on an hourly basis and to be reimbursed for actual and necessary costs and expenses incurred in connection with this Chapter 11 Case in accordance with Bankruptcy Code sections 330 and 331,

the Bankruptcy Rules, applicable Local Rules, and any applicable regulations and orders with respect to the foregoing that may be applicable to this Chapter 11 Case.

6. On December 7, 2010, a Stipulation and Order Continue Hearing on Committee of Unsecured Creditor's Motion For Appointment Of Examiner Pursuant To 11 U.S.C. §1104(c) was entered.

7. On December 22, 2010, the Court granted an Order Authorizing Official Committee of Unsecured Creditors to Retain and Employ Perkins Coie LLP as Counsel, NUNC PRO TUNC.

## II. CASE STATUS

**Motions Filed During this Application Period.**

8. On November 5, 2010, the Committee of Unsecured Creditor's Motion for Appointment of Examiner Pursuant To 11 U.S.C. §1104(c) was filed. On December 7, 2010, a Stipulation and Order Continue Hearing on Committee of Unsecured Creditor's Motion For Appointment Of Examiner Pursuant To 11 U.S.C. §1104(c) was entered.

9. On November 5, 2010, the Application to Employ Perkins Coie LLP as Counsel for Official Committee of Unsecured Creditors was filed. On December 22, 2010, an Order Authorizing Official Committee of Unsecured Creditors to Retain and Employ Perkins Coie LLP As Counsel, NUNC PRO TUNC was entered.

10. On November 5, 2010, the Application to Employ Larson & Stephens, LLC as Local Counsel for Official Committee of Unsecured Creditors was filed. On December 22, 2010, an Order approving The Application for Authorizing Official Committee of Unsecured Creditors to Retain and Employ Larson & Stephens as Local Counsel, NUNC PRO TUNC was entered.

## III. COMPENSATION PAID AND ITS SOURCE

11. This is the First Fee Application for Allowance of Interim compensation and Reimbursement of Expenses filed by L&S in the above-captioned case. All services for which L&S requests compensation were performed for or on behalf of the Committee in furtherance of the duties and functions of the Committee.

12. L&S has received no payment an no promises for payment from any source for

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

services rendered or yet to be rendered in any capacity whatsoever in connection with the matters covered by this First Interim Fee Application, Further, there is no agreement or understanding between L&S and any other person for the sharing of compensation to be received for services rendered in this Chapter 11 Case.

## IV. ACTUAL AND NECESSARY EXPENSES

13. In connection with the reimbursement of actual, reasonable and necessary expenses, it is L&S's policy to charge its clients in all areas of practice for expenses, other than fixed and routine overhead expenses, incurred in connection with representing its clients. The expenses charged to L&S's clients include, among other things, telephone, mail and expresses, local transportation expenses, computerized research, transcription costs, as well as non-ordinary overhead expenses particularly attributable to an individual client or cases such as secretarial and other overtime.

14. L&S charges Debtors' estates for these expenses at rates consistent with those charged to L&S's other bankruptcy clients, which rates are equal to or less than the rates charged by L&S to its non-bankruptcy clients, including photocopying expenses at twenty-five cents per page.

15. L&S regularly charges its non-bankruptcy clients for ordinary business hour fees and expenses for secretarial, library, word processing, and other staff services because such items are not included in the firm's overhead for the purpose of setting the billing rates. L&S has incurred, but has not charged Debtors' estates, expenses for word processing or secretarial overtime.

16. With respect to providers of online legal research (e.g., Lexis and Westlaw), L&S charges all its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal L&S's actual cost. L&S currently is under contract to pay these providers a flat fee every month. Charging its clients the online providers' standard usage rates allows L&S to adequately cover the monthly flat fees it must pay to these types of providers.

17. L&S believes the foregoing rates are the market rates that the majority of law firms charge their clients for such expenses. In addition, L&S believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

charges.

## V. SUMMARY OF SERVICES RENDERED

18. The primary L&S partners and associates who rendered professional services to or on behalf of the Committee in this case are as follows: Zachariah Larson and Shara Larson.

19. L&S, by and through the above-names persons, has advised and assisted the Committee and its professionals in connection with (a) inquiries as to the local standard of practice and procedure in bankruptcy cases in this jurisdiction; (b) legal research into Nevada law; (c) the filing and services of papers and pleadings in this Chapter 11 Cases on behalf of the Committee and its professionals, including delivery of courtesy copies to the Court, pursuant to Local Rules, and communications with Court staff on administrative matters; and (d) such other legal services as requested or directed by the Committee to the extent not duplicative of the Committee's other professionals. A detailed description of the work performed by L&S in each of the categories listed below is contained in Exhibit "A" to this First Interim Fee Application.

20. To provide an orderly and meaningful summary of the services rendered by L&S on behalf of the Committee, L&S has established the following separate project billing categories in connection with the case:

| TASK CODE | DESCRIPTION |
|---|---|
| 01 | General Case Administration |
| 02 | L&S Retention |
| 03 | Other Professionals Retention |
| 04 | Claims Administration and Other Litigation |
| 05 | Business Operations |
| 06 | Disclosure Statement and Plan Confirmation |
| 07 | Compensation of Professionals – L&S |
| 08 | Compensation of Professionals – Other than L&S |

## VI. SUMMARY OF SERVICES BY CATEGORY

21. L&S believes that every professional employed on behalf of a Committee in Chapter 11 case has a responsibility to control fees and expenses by providing services in an efficient and effective manner. To this end, L&S diligently worked to coordinate and facilitate the efficient

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

prosecution of the matters for which it is employed. Staffing of matters within these Chapter 11 Cases is done with the objective of providing the level of representation appropriate to the significance, complexity, or difficulty of the particular matter. Due to the sensitive nature of bankruptcy matters, it is not always possible to delegate authority to persons with lower billing rates. However, given the nature of these Chapter 11 Cases, L&S has taken great care to coordinate with Richard M. Lorenzen and the Committee's other professionals to ensure that there has been no duplication of effort on any task. On certain occasions, when more than one attorney attended a meeting or hearing, the attendance was necessary to adequately represent the interests of the Committee and provide the context from which appropriate advice and counsel could be given.

22. L&S reviews all client billings for reasonableness and makes adjustments so that the charges are consistent with the value of the services provided. L&S charges hourly rates that are similar to, if not lower than, those rates charged by comparable law firms for similar legal services. See, e.g., In re Ginji Corp., 117 B.R. 983, 990 (Bankr. D. Nev. 1990). L&S's blended hourly rate, not including paraprofessionals, during this First Interim Fee Period was $400.00. L&S's combined blended hourly rate, including attorneys and paraprofessionals, during this First Interim Fee Period was $250.00.

23. It is respectfully submitted that the fees and expenses sought in this First Interim Fee Application are appropriate, and that fees are reasonable and necessary in light of the circumstances of this Chapter 11 Case and the scope and difficulty of the business and legal issues involved.

24. The following summary is intended to highlight a number of the services rendered by L&S during the First Interim Application Period from September 24, 2010 through June 3, 2011 in the separate project billing categories where L&S expended a considerable number of hours on behalf of the Committee. It is not meant to be detailed description of all of the work performed by L&S during the First Interim Fee Period. Detailed descriptions of the day-to-day services provided by L&S and the time expended performing such services in each project billing category are fully set forth in the Exhibit "A". Such detailed descriptions indicate the actual services performed and the attorneys and paraprofessionals who rendered services related to each

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

of the task codes set forth above are identified. The descriptions also demonstrate that L&S was heavily involved in the performance of services for the Committee on a regular basis.

**A. <u>General Case Administration (01)</u>**

Fees: $70.00; Total Hours .20

This category includes all matters which otherwise did not fall into specific task categories below or overlapped a number of categories. The majority of the time was spent in conferences and telephone calls with representatives of the Committee providing advice and assistance in respect to local standards of practice and procedure, including the management and administration of the pleadings and papers filed in the Chapter 11 Case, service lists, and hearing dates and deadlines. Work performed in this category also includes communications with the Court's staff regarding the Court's preferences for filings and arrangement of telephonic hearings as necessary when the Court's attention to matters between the Committee.

**B. <u>L&S Retention (02)</u>**

Fees: $1,860.00; Total Hours 7.60

This category includes the First Interim Application Period regarding various issues concerning L&S's retention and employment by the Debtors. Included in this time were the preparation of task categories for fee application purposes and the review of monthly billings to comply with the Administrative Order.

**C. <u>Other Professionals Retention (03)</u>**

Fees: $1,887.50; Total Hours 7.20

This category includes the retention of other professionals and issues that may arise.

**D. <u>Claims Administration and Other Litigation (04)</u>**

Fees: $470.00; Total Hours 1.80

This category includes time spent evaluating and reviewing various proofs of claims against the estate conferring with Committee and Lead Counsel over the status of their claims.

**E. <u>Business Operations (05)</u>**

Fees: $90.00; Total Hours: 0.20

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

This category includes review and analysis of Debtors' monthly operating reports.

**F. <u>Disclosure Statement and Plan Confirmation (06)</u>**

Fees: $3,067.50; Total Hours 9.10

This category includes time spent with the Committee and Committee professionals reviewing and responding to matters concerning the DEBTOR'S PLAN OR REORGANIZATION (DATED JULY 30, 2010) [Docket No. 68] ("<u>Plan</u>"), DEBTOR'S DISCLOSURE STATEMENT IN SUPPORT OF ITS PREPACKAGED PLAN OF REORGANIZATION (DATED JULY 5, 2010) [Docket No. 71] ("<u>Disclosure Statement</u>"). Tasks performed in this category include, but are not limited to, reviewing and analyzing: (i) the supplemental documents to the Plan and Disclosure Statement; (ii) motions to facilitate consummation of the Plan; (iii) the motion for order approving a stipulation with the Committee and authorizing payment of certain related fees and expenses; (iv) the motion to approve a settlement with the Independent Lender Group; (v) the memorandum of law in support of confirmation of the Plan; (vi) the proposed order confirming the Plan and related findings of fact and conclusions of law; (vii) the voting results for the Plan; (viii) the motion to approve modifications to the Plan; and (ix) review and analysis of the gaming provisions in the subscription agreement rights offering and warrant distribution. Time billed to this category also includes telephonic attendance at the hearing on confirmation of the Plan;

**G. <u>Compensation of Professionals – L&S (07)</u>**

Fees: $1,540.00; Total Hours: 4.40

This category includes all matters related to review and revision of L&S's monthly invoices as well preparation, filing and service of L&S's first interim fee application and attendance at the hearing.

**H. <u>Compensation of Professionals – Other than L&S (08)</u>**

Fees: $3,145.00; Total Hours: 9.30

This category includes all matters related to compensation of professionals other than L&S, including the Committee's professionals, Perkins Coie Brown & Bain P.A., and Perkins

Coie, LLP (collectively, the "Committee Professionals"). This category also includes the revision of, in conformance with local standards of practice and procedure, and filing. L&S also spent time in this task category reviewing applications from non-Committee professionals in these Chapter 11 Cases.

**VII. VALUATION OF SERVICES**

25. L&S has extensive experience and knowledge in the field of debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code, including casino and gaming related bankruptcies in Nevada, familiarity with the facts and circumstances surrounding the Chapter 11 Case, as well as L&S's extensive expertise and experience practicing before this Court. As such, L&S is uniquely qualified to represent the Committee's interest as Nevada counsel with respect to Debtors' businesses and financial affairs and the potential legal issues that may arise in the Chapter 11 Case.

26. L&S's attorneys and paraprofessionals have expended a total of 39.80 hours rendering professional services to or on behalf of the Committee in connection with the Chapter 11 Case during the First Interim Fee Period as detailed in Summary of Professional charts set forth above. The nature of the work performed by these individuals is fully set forth in Exhibit "A". The hourly rates charges are L&S's normal hourly rate for work of this type in chapter 11 cases. Thus, the reasonable value of the professional services rendered by L&S to or on behalf of the Committee during the First Interim Fee Period is $12,130.00.

27. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the Requested Compensation is fair and reasonable given (a) the complexity of the Chapter 11 Case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in a case other than under this title.

///

///

///

///

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

## VIII. CONCLUSION

WHEREFORE, L&S respectfully requests that the Court enter an order approving the allowance and authorizing Debtors' payment to L&S of the interim compensation in the amount of $12,130.00 in fees incurred for necessary professional services rendered and $685.05 as reimbursement of actual, reasonable and necessary costs and expenses paid during interim fee period from September 24, 2010, through June 3, 2011, for a total of $13,165.05, and for such other and further relief as the Court may deem just and proper.

DATED this 30th day of June, 2011.

LARSON & STEPHENS

By: /s/ Zachariah Larson, Esq.
Zachariah Larson, Esq., Bar No. 7787
Shara Larson, Esq., Bar No. 7786
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Counsel for Official Committee of Unsecured Creditors

# EXHIBIT "A"

EXHIBIT "A"

***Larson & Stephens, LLC***
810 South Casino Center Blvd.
Suite 104
Las Vegas, NV 89101

Ph:(702) 382-1170 Fax:(702) 382-1169

Perkins Coie, LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon
97209

June 2, 2011

File #: 1199-1001
Inv #: 8198

**Attention:** Douglas R. Pahl

**RE:** Local Counsel for The Official Committee of Unsecured Creditors in matter of Don Grover White / BK-S-10-19402-LBR

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-24-10 | Receipt and review of amended notice of continuance of hearing pursuant to stipulation and order continuing hearing on motion for order approving adeqacy of debtor Don Grover White's disclosure statement | 0.20 | 70.00 | ZL |
| | Format and upload of designation of local counsel of Douglas Pahl; Verified Petition of Douglas Pahl; and Request for Special Notice | 0.50 | 75.00 | TK |
| Sep-27-10 | Receipt and review of Committee of Unsecured Creditors' Objection to Debtor's Disclosure Statement for Debtor's Plan of Reorganization (Dated July 30, 2010) | 0.60 | 210.00 | ZL |
| | Receipt and review of letter from Douglas Pahl regarding plan and disclosure statement issues | 0.30 | 105.00 | ZL |
| | Format and upload Committee of Unsecured Creditors' Objection to Debtor's Disclosure Statement for Debtor's Plan of Reorganization (Dated July 30, 2010) | 0.30 | 37.50 | TK |
| Sep-28-10 | Receipt and review of order approving verified petition and appointment of Nevada counsel | 0.10 | 35.00 | ZL |
| Oct-04-10 | Receipt and review of response letter from James Till | 0.20 | 70.00 | ZL |

| | | | | |
|---|---|---|---|---|
| | Review of multiple responses | 1.00 | 350.00 | ZL |
| Oct-25-10 | Review of application to employ Perkins Coie as committee counsel; and declaration of same | 1.00 | 350.00 | ZL |
| | Preparation of application to employ Larson & Stephens as local counsel for creditors committee; and declaration of Zachariah Larson | 1.50 | 525.00 | ZL |
| Nov-03-10 | Receipt and review of first amended plan of reorganization | 0.70 | 245.00 | ZL |
| | Receipt and review of debtor's response to official committee of unsecured creditors' objection to debtor's disclosure statement for debtor's plan of reorganization | 0.80 | 280.00 | ZL |
| | Receipt and review of debtor's first amended disclosure statement for debtor's first amended plan of reorganization | 1.20 | 420.00 | ZL |
| | Review of verified petition and designation of local counsel for Richard Lorenzen; signature of designation of local counsel | 0.30 | 105.00 | ZL |
| | Review of committee of unsecured creditors' motion for appointment of examiner | 0.40 | 140.00 | ZL |
| | Revisions to declaration of Zachariah Larson in support of application to employ local counsel | 0.30 | 105.00 | ZL |
| | Format and upload of verified petition for permission to practice in this case and designation of local counsel for Richard Lorenzen | 0.30 | 45.00 | TK |
| | Preparation of notice of hearing and certificate of service regarding motion for appointment of examiner | 0.50 | 75.00 | TK |
| Nov-05-10 | Format and upload of motion to appoint examiner; notice of hearing; and certificate of service | 0.30 | 45.00 | TK |
| Nov-12-10 | Receipt and review of motion for extension of debtor's exclusive time period to solicit acceptances and gain confirmation of a plan of reorganization; notice of hearing; and certificate of service | 0.50 | 175.00 | ZL |

| | | | | |
|---|---|---|---|---|
| Nov-29-10 | Receipt and review of debtor's limited opposition to Committee of Unsecured Creditors' motion for appointment of examiner | 0.20 | 70.00 | ZL |
| Dec-07-10 | Receipt and review of stipulation and order continuing hearing on committee of unsecured creditors' motion for appointment of examiner | 0.20 | 70.00 | ZL |
| | Receipt of e-mail from Richard Lorenzen regarding appearance at hearings scheduled for 12/08/2010 and response to same | 0.20 | 70.00 | ZL |
| Dec-08-10 | Prepare and attendance at both motions to employ counsel for unsecured creditors committee | 1.50 | 525.00 | ZL |
| Dec-10-10 | Receipt and review of The Lobel Firm's professional fee statement | 0.20 | 70.00 | ZL |
| Dec-15-10 | Prepare for and attendance at motion for extension of exclusivity period | 1.50 | 525.00 | ZL |
| Dec-23-10 | Preparation and upload of notice of entry of order authorizing official committee of unsecured creditors to retain and employ Perkins Coie, llp as counsel | 0.50 | 75.00 | TK |
| | Preparation and upload of notice of entry of order approving the application for authorizing official committee of unsecured creditors to retain and employ Larson & Stephens as local counsel | 0.50 | 75.00 | TK |
| | Preparation and upload of certificate of service on both notice of entry of orders approving counsel for official committee of unsecured creditors | 0.50 | 75.00 | TK |
| | Preparation of mailing for both notice of entry of orders approving counsel for official committee to all creditors and special notice | 0.70 | 105.00 | TK |
| | Preparation and upload of amended certificate of service regarding notice of entry of order approving counsel for official committeee | 0.30 | 45.00 | TK |
| Jan-05-11 | Receipt and review of order granting motion for extension of debtor's exclusive time period to solicit acceptances and gain confirmation of a plan of reorganization | 0.50 | 175.00 | ZL |

| | | | | |
|---|---|---|---|---|
| | Receipt and review of e-mail from Debtor's counsel regarding dates for first interim applications of professionals dates | 0.20 | 70.00 | ZL |
| Jan-13-11 | Receipt and review of notice of entry of order granting motion for extension of exclusive time period | 0.20 | 70.00 | ZL |
| Jan-19-11 | Receipt and review of substitution of attorney for Wells Fargo | 0.20 | 70.00 | ZL |
| Jan-24-11 | Drafted first interim fee application for Larson & Stephens | 2.50 | 375.00 | TK |
| Jan-31-11 | Review fee application | 0.60 | 150.00 | SL |
| Feb-01-11 | Receipt and review of stipulation and order continuing hearing on committee of unsecured creditors' motion for appointment of examiner | 0.20 | 70.00 | ZL |
| Feb-07-11 | Receipt and review of professional fee statement of The Lobel Firm, LLP | 0.20 | 70.00 | ZL |
| Feb-11-11 | Receipt and review of motion for second extension of debtor's exclusive time period to solicit acceptances and gain confirmation of a plan of reorganization; and notice of hearing | 0.50 | 175.00 | ZL |
| | Receipt and review of first interim application of Lobel Firm, LLP for compensation; declaration, and notice of hearing | 0.90 | 315.00 | ZL |
| | Receipt and review of first interim application of law offices of Amy N. Tirre for compensation; declaration; and notice of hearing | 0.90 | 315.00 | ZL |
| Feb-14-11 | Receipt and review of application to employ RSM McGladrey as accountants for the debtor on negative notice; declaration; and notice of hearing | 0.50 | 175.00 | ZL |
| Feb-18-11 | Review DSI application, order and declaration for compliance with local rules and in preparation of filing | 0.50 | 175.00 | SL |
| Feb-22-11 | Format and upload of application to employ Development Specialists, Inc., and declaration of A. Kyle Everett | 0.30 | 45.00 | TK |

| | | | | |
|---|---|---|---|---|
| | Preparation of notice of hearing with certificate of service and upload of same | 0.50 | 75.00 | TK |
| Feb-23-11 | Format and upload of proposed order authorizing Official Committee of Unsecured Creditors to retain and employ Development Specialists, Inc. as financial consultants | 0.30 | 45.00 | TK |
| Mar-09-11 | Receipt and review of declaration of Amy N. Tirre regarding negative notice of application and employment of RSM McGladrey, Inc. | 0.30 | 135.00 | ZL |
| | Receipt and review of response to the office committee of unsecured creditors' objection to first interim fee application of the Lobel Firm, LLP | 0.30 | 135.00 | ZL |
| Mar-15-11 | Receipt and review of stipulation and order continuing hearing on fee application for Amy N. Tirre; fee application of Lobel Law Firm; and motion for second extension of debtor's exclusive time period to solicit acceptances and gain confirmation of a plan of reorganization | 0.30 | 135.00 | ZL |
| | Receipt and review of order authorizing the retention and employment of RSM McGladrey, Inc. as accountants on negative notice | 0.30 | 135.00 | ZL |
| Mar-30-11 | Prepare for Court Appearance re: Interim Fee Applications; court setting of settlement conference | 1.10 | 385.00 | SL |
| | Court Appearance re: Interim Fee Applications; court setting of settlement conference | 1.60 | 560.00 | SL |
| Mar-31-11 | Email correspondence to lead counsel regarding outcome of fee application hearings for debtor's counsel and request for settlement conference by judge | 0.20 | 70.00 | SL |
| Apr-01-11 | Email Correspondence with opposing counsel regarding final orders regarding Tirre fee app and extending exclusivity; review final orders | 0.20 | 70.00 | SL |
| Apr-04-11 | Review order re: employment of DSI as financial consultants | 0.30 | 105.00 | SL |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | E-mail co-counsel re: summary of hearing and court ordered settlement conference | 0.20 | 70.00 | SL |
| Apr-05-11 | Receipt and review of order approving first interim application of law offices of Amy N. Tirre, APC, local counsel | 0.20 | 90.00 | ZL |
| | Receipt and review of order granting motion for second extension of debtor's exclusive time period to solicit acceptances and gain confirmation of a plan of reorganization | 0.20 | 90.00 | ZL |
| | Review revised orders re: employment of DSI and settlement conference; continuation of hearings | 0.20 | 70.00 | SL |
| | Telephone conference with Amy Tirre and James Till regarding orders and available date for settlement conference | 0.20 | 35.00 | TK |
| | Format and upload two orders on continuing fee application of the Lobel Firm and Motion to Appoint Examiner; and order employing Development Specialists, Inc., as financial consultants | 0.40 | 70.00 | TK |
| Apr-06-11 | Preparation and upload of notice of entry on order continuing first interim application of the Lobel Firm, LLP for compensation and motion for appointment of examiner; and certificate of service | 0.40 | 70.00 | TK |
| | Preparation and upload of notice of entry of order authorizing the committee to retain and employ development specialists, Inc. | 0.30 | 52.50 | TK |
| | Preparation of mailing notice of entry of order continuing first interim application of Lobel Firm, LLP and motion for appointment of examiner | 0.50 | 87.50 | TK |
| Apr-07-11 | Email Correspondence with client regarding case status and ongoing strategy as to settlement conference scheduling | 0.10 | 35.00 | SL |
| Apr-08-11 | Various email correspondence to and from lead counsel and debtor's counsel regarding times available for settlement conference | 0.30 | 105.00 | SL |
| | Email correspondence to lead counsel regarding filing our own applications for compensation | 0.10 | 35.00 | SL |

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| Apr-12-11 | Followup email correspondences to and from lead counsel and debtor's counsel attempting to finalize a settlement conference date | 0.30 | 105.00 | SL |
| Apr-26-11 | Email to Kathryn Hardy regarding settlement conference date and receipt of e-mail stating May 17th as agreed date | 0.10 | 17.50 | TK |
| May-09-11 | Receipt and review of professional fee statement for month ending April 2011 | 0.20 | 90.00 | ZL |
| May-23-11 | Preparation of letter to lead counsel regarding requirement of appearance at future hearings and requesting status of mediation | 0.20 | 70.00 | SL |
| | Email correspondence received from Richard Lorenzen regarding continuation of June 14,, 2011 hearing on application for fees and appointment of examiner, and update on mediation | 0.20 | 70.00 | SL |
| May-24-11 | Receipt and review of email from Andrea Black regarding stipulation and order continuing hearings set for June 14, 2011; and review of same | 0.30 | 105.00 | SL |
| May-25-11 | Receipt and review of monthly operating report for April 2011 | 0.20 | 90.00 | ZL |
| | Totals | 35.50 | $10,625.00 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| | Filing Fee | 350.00 |
| Sep-27-10 | Courier Expense | 10.00 |
| | Photocopy Expense | 5.00 |
| Sep-30-10 | PACER research | 2.40 |
| Nov-04-10 | Courier Expense | 10.00 |
| Nov-08-10 | Photocopy Expense | 16.25 |
| Dec-23-10 | Photocopy Expense | 248.50 |
| | Postage Expense | 62.48 |
| Feb-23-11 | Courier Expense | 10.00 |
| Mar-02-11 | Photocopy Expense | 12.50 |
| | Postage Expense | 2.44 |
| Mar-29-11 | PACER research | 1.92 |
| Mar-30-11 | PACER research | 14.48 |
| Apr-06-11 | Photocopy Expense | 231.00 |
| | Postage Expense | 58.08 |

| | | |
|---|---|---|
| Totals | $1,035.05 | |
| **Total Fee & Disbursements** | | **$11,660.05** |
| **Balance Now Due** | | **$11,660.05** |

TAX ID Number 20-8460190