Zachariah Larson, NV Bar No. 7787
LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: 702.382.1170
Facsimile: 702.382.1169
Email: ZLarson@lslawnv.com

Richard M. Lorenzen
Arizona Bar No. 006787
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
Email: RLorenzen@perkinscoie.com

Douglas R. Pahl
Oregon Bar No. 950476
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
DPahl@perkinscoie.com
Telephone: 503-727-2087
Facsimile: 504 346-2087
Email: DPahl@perkinscoie.com

Counsel for Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re<br><br>DON GROVER WHITE,<br><br>Debtor. | Case No.: BK-S-10-19402-lbr<br>Chapter 11<br><br>Date: August 3, 2011<br>Time: 2:00 p.m.<br>Courtroom 1 |
|---|---|

**DECLARATION OF ZACHARIAH LARSON IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF LARSON & STEPHENS, LLC SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 24, 2010 TO JUNE 3, 2011**
**(LEGAL FEES - $12,130.00; COSTS - $685.05)**

I, Zachariah Larson, Esq., declare under penalty of perjury as follows:

1. I am an attorney at the law firm of Larson & Stephens, LLC ("L&S"), located at 810 S. Casino Center Blvd., Suite 104, Las Vegas, NV 89101. I am over the age of 18, have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.

2. This Declaration is submitted in support of the "First Interim Fee Application of Larson & Stephens, LLC Seeking Compensation of Legal Services Rendered and Reimbursement of Expenses for the Period of September 24, 2010 to June 3, 2011 (Legal Fees - $12,130.00; Costs - $685.05) ("Interim Fee Application").

3. L&S was retained on or about September 24, 2010 as local counsel for the Official Committee of Unsecured Creditors. On December 22, 2010, the Court granted an Order approving The Application for Authorizing Official Committee of Unsecured Creditors to Retain and Employ Larson & Stephens as Local Counsel, NUNC PRO TUNC ("L&S Retention Order").

4. The L&S Retention Order authorized L&S to be compensated on an hourly basis and to be reimbursed for actual and necessary costs and expenses incurred in connection with this Chapter 11 Case in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, applicable Local Rules, and any applicable regulations and orders with respect to the foregoing that may be applicable to this Chapter 11 Case.

5. L&S requests that the Debtors be authorized to pay the full amount of L&S's fees and expenses for the First Interim Fee Period. During the First Interim Fee Period, L&S earned fee $12,130.00 and expenses $685.05 totaling $13,165.05. A detailed billing statement is attached to the Interim Fee Application as Exhibit "A".

6. The interim payment of compensation and reimbursement of expenses sought in this Interim Fee Application does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the above-referenced matter, L&S will seek final allowance of the compensation charged and expenses incurred for the case, and any interim fees or expenses received during the course of the case will be credited against

such finally allowed fees and expenses.

7. During the First Interim Fee Period, the vast majority of L&S's work on behlf of the Committee involved tasks which included:

(a) Inquiries as to the local standard of practice and procedure in bankruptcy cases in this jurisdiction;

(b) Legal research into Nevada law;

(c) The filing and services of papers and pleadings in this Chapter 11 Cases on behalf of the Committee and its professionals, including delivery of courtesy copies to the Court, pursuant to Local Rules, and communications with Court staff on administrative matters; and

(d) Such other legal services as requested or directed by the Committee to the extent not duplicative of the Committee's other professionals.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 30th day of June, 2011.

LARSON & STEPHENS

/s/ Zachariah Larson, Esq.
Zachariah Larson, Esq., NV Bar No.: 7787
Shara Larson, Esq,. Bar No.: 7786
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Counsel for Official Committee of Unsecured Creditors