Zachariah Larson, NV Bar No. 7787
LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: 702.382.1170
Facsimile: 702.382.1169
Email: ZLarson@lslawnv.com

Richard M. Lorenzen
Arizona Bar No. 006787
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
Email: RLorenzen@perkinscoie.com

Douglas R. Pahl
Oregon Bar No. 950476
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
DPahl@perkinscoie.com
Telephone: 503-727-2087
Facsimile: 504 346-2087
Email: DPahl@perkinscoie.com

Counsel for Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DON GROVER WHITE,<br><br>Debtor. | Case No.: BK-S-10-19402-lbr<br>Chapter 11<br><br>Date: August 3, 2011<br>Time: 2:00 p.m.<br>Courtroom 1 |

## CERTIFICATE OF SERVICE

1. On this 1st day of July, 2011, I served the following document(s) (specify):

**FIRST INTERIM FEE APPLICATION OF LARSON & STEPHENS, LLC SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 24, 2010 TO JUNE 3, 2011(LEGAL**

FEES - $12,130.00; COSTS - $685.05);
**DECLARATION OF ZACHARIAH LARSON IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF LARSON & STEPHENS, LLC SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 24, 2010 TO JUNE 3, 2011 (LEGAL FEES - $12,130.00; COSTS - $685.05); and**
**NOTICE OF HEARING.**

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

■    a.    ECF System *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

LAUREL E. DAVIS on behalf of Creditor BANK OF GEORGE
ldavis@fclaw.com, mhurtado@fclaw.com

ROBERT R. KINAS on behalf of Creditor HOUSING CAPITAL COMPANY
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;
nunzueta@swlaw.com;docket_las@swlaw.com

ZACHARIAH LARSON on behalf of Attorney PERKINS COIE LLP
ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com

ELEISSA C. LAVELLE on behalf of Creditor Iota White, LLC
eclavelle@duanemorris.com, mewarkentin@duanemorris.com

RICHARD M LORENZEN on behalf of Creditor MW Housing Partners I, LLC
RLorenzen@perkinscoie.com,
KHardy@perkinscoie.com;docketphx@perkinscoie.com

SHAWN W MILLER on behalf of Creditor WELLS FARGO BANK, N.A.
smiller@millerwrightlaw.com,
ewright@millerwrightlaw.com;ltreadway@millerwrightlaw.com;efile@millerwrightlaw.com

DOUGLAS R. PAHL on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com

MARCO I. SANCHEZ on behalf of Creditor Abel and Daisy Trujillo
MSANCHEZ@MSLAWLV.COM

AMY N. TIRRE on behalf of Debtor DON WHITE
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - LV - 11

USTPRegion17.lv.ecf@usdoj.gov

ERIKA M. WRIGHT on behalf of Creditor WELLS FARGO BANK, N.A.
ewright@millerwrightlaw.com

- ■ **b.** **United States mail, postage fully prepaid**
  *(List persons and addresses. Attach additional paper if necessary)*

William N. Lobel, Esq.
James E. Till, Esq.
The Lobel Firm
840 Newport Center Drive, Ste. 400
Newport Beach, CA 92660
*Counsel for Debtor*

Joseph A.G. Sakay
Hillis Clark Martin & Peterson, P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
*Counsel for Washington Federal Savings*

Bank of the West
Jeffer Mangels Butler & Mitchell LLP
c/o Walter W. Gouldsbury III
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

**SEE ATTACHED**

- ☐ **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

- ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

- ☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

- ☐ **d.** **By direct email (as opposed to through the ECF System)**
  *(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a

court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     **e.**     **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f.**     **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): June 30, 2011

Carey Shurtliff                /s/ Carey Shurtliff
(Name of Declarant)            (Signature of Declarant)

4

Bank of the West
C/o Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111-3813

Bank of the west
Attn: Officer Director or Managing Agent
180 Montgomery Street
San Francisco, CA 94104-4297

Iota White, LLC
C/o Duane Morris, LLP
100 N. City Parkway
Suite 1560
Las Vegas, NV 89106-4617

American Commercial Credit Services
Assignee of Lodi Door of Phoenix
PO Box 11310
Phoenix, AZ 85061-1310

Associated materials Incorporated
C/o NCS
729 Miner Road
Highland HTS, OH 44143-2117

Alberto Gonzalez
C/o The Pursiano Law Group
851 S. Rampart Blvd., Ste. 260
Las Vegas, NV 89145-4888

Alberto Gonzalez
C/o Lattie Malanga Libertino, LLP
851 So. Rampart Blvd., Ste. 290
Las Vegas, NV 89145-4882

American Asphalt & Grading Company
C/o The Law Office of Hayes & Welsh
199 N. Arroyo Grande Blvd., #200
Henderson, NV 89074-1609

American Commercial Credit Service
Assignee of Lodi Door of Phoenix
Attn: Wayne Lovejoy
PO Box 11310
Phoenix, AZ 85061-1310

American Contractors indemnity Co.
C/o Jeff H. Yusen, Esq.
Yusen & Friedrich
215 NE 40th St. Ste. C-3
Seattle, WA 98105-6567

Aspen Financial Services
Attn: Jeff Guinn
7900 W. Sahara #200
Las Vegas, NV 89117-7921

Aviara Owners Association
C/o Carney Badley & Spellman PS
701 Fifth Avenue Ste. 3600
Seattle, WA 98104-7010

Black Hawk Homeowners Association
C/o Angius & Terry, LLP
1120 N. Town Center Drive, Ste. 260
Las Vegas, NV 89144-6304

Black Hawk Homeowners Associations
Po Box 14104
Tumwater, WA 98511-4104

Bank of Nevada
Attn: Todd Skadberg
2700 W. Sahara Avenue
las Vegas, NV 89102-1712
Returned Mail

Bank of George
Attn: Margaret Foster
9115 West Russell Road, Ste. 110
Las Vegas, NV 89148-1235

Bank of the West
C/o Santoro Driggs Walch Kearney Holly
400 S. Fourth Street, 3RD Floor
Las Vegas, NV 89101

Bella Lago Homeowners Association
C/o Camco
PO Box 12117
Las Vegas, NV 89112-0117

Black Hawk Owners Association
C/o Levin & Stein
201 Queen Anne Ave., No. Ste. 400
Seattle, WA 98109-4824

Housing Capital Company
C/o HOF Financial I, LLC
Attn: Russ Wakeham
3200 West Bristol Street, Ste. 800
Costa Mesa, CA 92626-1810

Bryan White
8700 Fortman NE
Lacey, WA 98516-6295

CADC AMT Venture, LLC
C/o Duane Morris, LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106-4617

Capital Indemnity Corp/Platte River Ins
C/o The Faux Law Group
1540 W. Warm Springs Rd., Ste. 100
Henderson, NV 89014-4336

Clark County Assessor
C/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
C/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220

Concord Servicing Corp
Attn: Officer Director or Managing Agent
PO Box 29352
Phoenix, AZ 85038-9352

Danielle Alvarez
C/o The Pursiano Law Group
851 S. Rampart Blvd., Ste. 260
Las Vegas, NV 89145-4888

Danielle Alvarez
C/o Lattie Malanga Libertino, LLP
851 S. Rampart Blvd., Ste. 290
Las Vegas, NV 89145-4882

Dept. of Employment Training & Rehab
Employment Security Division
500 E. Third Street
Carson City, NV 89173-0002

Diane Webster
C/o The Pursiano law Group
851 S. Rampart Blvd., Ste. 260
Las Vegas, NV 89145-4888

| | | |
|---|---|---|
| Diane Webster<br>C/o Lattie Malanga Libertino, LLP<br>851 S. Rampart Blvd., Ste. 290<br>Las Vegas, NV 89145-4882 | F.H. Partners, LLC<br>C/o Fennemore Craig, P.C.<br>300 South Fourth Street, Suite 1400<br>Las Vegas, NV 89101-6021 | FDIC as Receiver for AmTrust Bank<br>1801 East Ninth Street, Suite 200<br>Cleveland, OH 44114-3103 |
| FDIC as Receiver for Charter Bank Santa Fe NM<br>40 Pacifica Ste. 1000<br>Irvine, CA 92618-7489 | FDIC as Receiver for Franklin Bank<br>9800 Richmond Suite 680<br>Houston, TX 77042-4574 | FDIC as Receiver for Franklin Bank<br>C/o Douglas F. Behm, PLLC<br>14362 N. Frank Lloyd Wright Blvd., Ste. 1000<br>Scottsdale, AZ 85260-8847 |
| FDIC as Receiver for Franklin bank<br>C/o Quarles & Brady, LLP<br>Renaissance One Two North Central Ave.<br>Phoenix, AZ 85004-2391 | FH Partners, LLC<br>PO Box 30018<br>Hartford, CT 06150-0018 | FH Partners, LLC<br>C/o FirstCity Servicing Corporation<br>Attn: Steven Jamison<br>6400 Imperial Drive<br>Waco, TX 76712-6804 |
| Faye and Associates<br>Attn: Don Faye<br>12448 Grainwood Way<br>San Diego, CA 92131-2283 | Fortis Commercial Advisors<br>Attn: Frank Jalili VP Invest Srvcs<br>10100 W. Charleston Blvd. Ste. 160<br>Las Vegas, NV 89135-5002 | Fortis Commercial Advisors<br>C/o Roger P. Croteau, Esq.<br>720 S. Fourth Street, Ste. 202<br>Las Vegas, NV 89101-6743 |
| Granite Crest Homeowners Association<br>C/o Angius & Terry LLP<br>1120 N. Town Center Drive., Ste. 260<br>Las Vegas, NV 89144-6304 | Gulf National 3, LLC<br>Susan L. Myers, NBN 5078<br>Lionel Sawyer & Collins<br>300 South Fourth Street, Ste. 1700<br>Las Vegas, NV 89101-6053 | Gulf Coast Bank and Trust Company<br>Attn: Donna Herrmann<br>200 St. Charles Ave. 4th Floor<br>new Orleans, LA 70130-2997 |
| Gyasi Subira<br>C/o Lattie Malanga Libertino, LLP<br>851 S. Rampart Blvd., Ste. 290<br>Las Vegas, NV 89145-4882 | Gyasi Subira<br>C/o The Pursiano Law Group<br>851 S. Rampart Blvd., Ste. 260<br>Las Vegas, NV 89145-4888 | Housing Capital Company, A Minneosta Partner<br>C/o Snell & Wilmer, LLP<br>3883 H. Hughes Pkwy, ste. 1100<br>Las Vegas, NV 89169-0965 |
| Housing Capital Co./HOF Financial I, LLC<br>Attn: Bill Wells<br>3200 W. Bristol St., Ste. 500<br>Costa Mesa, CA 92626-1810 | Insurance Company of the West<br>Attn: Officer Director or Managing Agent<br>11455 El Camino Real<br>San Diego, CA 92130-2088 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| Investors Mortgage Corporation<br>Attn: Richard Anderson<br>3879 W. Flamingo Rd., Ste. 203<br>Las Vegas, NV 89147-8733 | Don Grover White<br>2204 Paiute Meadows Drive<br>Las Vegas, NV 89134-6711 | James F. Lewis<br>C/o The Pursiano Law Group<br>851 S. Rampart Blvd., Ste. 260<br>Las Vegas, NV 89145-4888 |
| James F. Lewis<br>C/o Lattie Malanga Libertino, LLP<br>851 S. Rampart Blvd., Ste. 290<br>Las Vegas, NV 89145-4882 | James Hostetler<br>1333 N. Buffalo Dr., Ste. 220<br>Las Vegas, NV 89128-3636 | Jamesella Proctor<br>C/o The Pursiano Law Group<br>851 S. Rampart Blvd., Ste. 260<br>Las Vegas, NV 89145-4888 |
| Jamesella Proctor<br>C/o Lattie Malanga Libertino, LLP<br>851 S. Rampart Blvd., Ste. 290<br>Las Vegas, NV 89145-4882 | Joanne White<br>10685 Canyon Lake Drive<br>San Diego, CA 92131-1212 | Josephina Crayton<br>C/o The Pursiano law Group<br>851 S. Rampart Blvd., Ste. 260<br>Las Vegas, NV 89145-4888 |

Josephina Crayton
C/o Lattie Malanga Libertino, LLP
851 S. Rampart Blvd., Ste. 290
Las Vegas, NV 89145-4882

Judy Millan
C/o The Pursiano Law Group
851 S. Rampart Blvd., Ste. 260
Las Vegas, NV 89145-4888

Judy Millan
C/o Lattie Malanga Libertino, LLP
851 S. Rampart Blvd., Ste. 290
Las Vegas, NV 89145-4882

King County Treasury
Attn: Linda Nelson
500 4th Ave. #600
Seattle, WA 98104-2340

Kingfutts PFM, LLC Series LV Properties
Attn: Gary Brenna
3496 Pueblo Way
Las Vegas, NV 89169-3337

La Tesoro Homeowners Association
C/o Camco
PO Box 12117
Las Vegas, NV 89112-0117

Lincoln White
619 Mt. Elbert Way
Boulder City, NV 89005-1056

Loretto Bay Master Association
C/o Camco
PO Box 12117
Las Vegas, NV 89112-0117

MW Housing Partners I, LLC
C/o Weyerhaeuser Realty Investors
14725 SE 36th St., Ste. 401
Bellevue, WA 98006-1682

MW Housing Partners I, LLC
C/o Weyerhaeuser Realty Investors
8105 Irvine Center Drive, Ste. 420
Irvine, CA 92618-3076

Madera at Northwest Landing Condominium Owners Association
C/o VIS Group
8621 Martin Way E. Ste. 201
Lacey, WA 98516-5855

Maricopa County Treasurer
301 W. Jefferson Rm. 100
Phoenix, AZ 85003-2199

Mill Creek East Homeowners Association
C/o United Marketing
13400 NE 20th Street #37
Bellevue, WA 98005-2023

Mona Roberts
C/o The Pursiano Law Group
851 S. Rampart Blvd., Ste. 260
Las Vegas, NV 89145-4888

Mona Roberts
C/o Lattie Malanga Libertino, LLP
851 S. Rampart Blvd., Ste. 290
Las Vegas, NV 89145-4882

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101-1046

Nevada Title Company
C/o Snell & Wilmer, LLP
3883 H. Hughes Pkwy, Ste. 1100
Las Vegas, NV 89169-0965

Patricia Smith
C/o The Pursiano Law Group
851 S. Rampart Blvd., Ste. 260
Las Vegas, NV 89145-4888

Patricia Smith
C/o Lattie Malanga Libertino, LLP
851 S. Rampart Blvd., Ste. 290
Las Vegas, NV 89145-4882

Phillip Proctor
C/o The Pursiano law Group
851 S. Rampart Blvd., Ste. 260
Las Vegas, NV 89145-4888

Phillip Proctor
C/o Lattie Malanga Libertino, LLP
851 S. Rampart Blvd., Ste. 290
Las Vegas, NV 89145-4882

Pierce County Tax Assessor
2401 S. 35th St. Rm 142
Tacoma, WA 98409-7498

RBC Centura Bank
Attn: Will Cropper
11011 Richmond Ave., Suite 850
Houston, TX 77042-6792

RBC Real Estate Finance, Inc.
C/o Bryan Cave, LLP
3161 Michelson Dr., Ste. 1500
Irvine, CA 92612-4414

Raymond Baldes
C/o The Pursiano Law Group
851 S. Rampart Blvd., Ste. 260
Las Vegas, NV 89145-4888

Raymond Baldes
C/o Lattie Malanga Libertino, LLP
851 S. Rampart Blvd., Ste. 290
Las Vegas, NV 89145-4882

Reina Arellano
C/o The Pursiano Law Group
851 S. Rampart Blvd., Ste. 260
Las Vegas, NV 89145-4888

Reina Arellano
C/o Lattie Malanga Libertino, LLP
851 S. Rampart Blvd., Ste. 290
Las Vegas, NV 89145-4882

Republic Credit One, LP
3214 W. Park Row Drive
Arlington, TX 76013-3136

Snohomish County Assessor's Office
3000 Rokefeller Ave
M/S/ 510
Everett, WA 98201-4046

| | | |
|---|---|---|
| State of Nevada Dept. of Motor Vehicles<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | Stella Ruiz<br>C/o The Pursiano Law Group<br>851 S. Rampart Blvd., Ste. 260<br>Las Vegas, NV 89145-4888 | Stella Ruiz<br>C/o Lattie Malanga Libertino, LLP<br>851 S. Rampart Blvd., Ste. 290<br>Las Vegas, NV 89145-4882 |
| Stewart Title Guaranty Company<br>Attn: Melanie Weidenbach Mays<br>1520 Cooper Point Rd. SW #310<br>Olympia, WA 98502-1050 | Sullivan Richardson<br>1333 N. Buffalo Dr., Ste. 220<br>Las Vegas, NV 89128-3636 | Summerwalk Homeowners Association<br>C/o VIS Group<br>8621 Martin Way E. Ste. 201<br>Lacey, WA 98516-5855 |
| TRA Industries, inc.<br>C/o Durkee & Hennessey<br>2200-112th Ave., NE, Ste. 200<br>Bellevue, WA 98004-2951 | Teresa Subira<br>C/o The Pursiano Law Group<br>851 S. Rampart Blvd., Ste. 260<br>Las Vegas, NV 89145-4888 | Teresa Subira<br>C/o Lattie Malanga Libertino, LLP<br>851 S. Rampart Blvd., Ste. 290<br>Las Vegas, NV 89145-4882 |
| Thomas R. Robertson<br>810 Sunset Court<br>San Diego, CA 92109-7026 | Thurston County Assessors Ofc<br>Bldg 1 Rm 127<br>2000 Lakeridge Dr. SW<br>Olympia, WA 98502-6080 | Tier One Bank<br>Attn: Jeff Smith<br>1235 N. St.<br>Lincoln, NE 68508-2083 |
| TriPacific Residential investors-One, LLC<br>C/o TriPacific Capital Advisors, LLC<br>Attn: Paul Lucatuorto<br>13520 Evening Creek dr. N. Ste. 380<br>San Diego, CA 92128-8105 | Villa Azure Homeowners Association<br>C/o CAMCO<br>PO Box 12117<br>Las Vegas, NV 89112-0117 | WA State Dept of Labor & Industries<br>3rd Floor Legal<br>PO Box 44170<br>Olympia, WA 98504-4170 |
| Washington Federal Savings<br>C/o Hillis Clark martin & Peterson PS<br>1221 Second Ave. #500<br>Seattle, WA 98101-2925 | Woodworth & Company<br>C/o Davies Pearson, P.C.<br>PO Box 1657<br>Tacoma, WA 98401-1657 | WRI Communities Fund I, LLC<br>Attn: Lorrie D. Scott SVP<br>14725 SE 36th Street, Ste. 401<br>Bellevue, WA 98006-1682 |
| WRI Communities Fund I, LLC<br>C/o Weyerhaeuser Realty Investors<br>1301 Fifth Ave., Ste. 3100<br>Seattle, WA 98101-2649<br>Returned Mail | WRI Communities Fund I, LLC<br>C/o Weyerhaeuser Realty Investors<br>8105 Irvine Center Drive, Ste. 420<br>Irvine, CA 92618-3076 | Washington Federal Savings<br>Attn: Patric Wilson<br>425 Pike Street 2nd Floor<br>Seattle, WA 98101-3902 |
| Washington State Dept. of Revenue<br>Bankruptcy/Claim Unit<br>2101 4th Ave. #1400<br>Seattle, WA 98121-2379 | Washington State Employment Sec. Dept.<br>PO Box 9046<br>Olympia, WA 98507-9046 | Washington State Ofc of Atty General<br>Bankruptcy & Collections Unit<br>800 Fifth Ave. Ste. 2000<br>Seattle, WA 98104-3188 |
| Wells Fargo Bank<br>Attn: Jed Dealy<br>4643 S. Ulster Street #1400<br>Denver, CO 80237-2869 | Wild Horse at Woods Creek Owners Assoc.<br>C/o Barker Martin PS<br>719 2nd Ave., Ste. 1200<br>Seattle, WA 98104-1749 | William Crayton<br>C/o The Pursiano Law Group<br>851 S. Rampart Blvd., Ste. 260<br>Las Vegas, NV 89145-4888 |
| William Crayton<br>C/o Lattie Malanga Libertino, LLP<br>851 S. Rampart Blvd., Ste. 290<br>Las Vegas, NV 89145-4882 | William Hoover<br>1333 N. Buffalo Drive, Ste. 220<br>Las Vegas, NV 89128-3636 | William Roberts<br>C/o The Pursiano Law Group<br>851 S. Rampart Blvd., Ste. 260<br>Las Vegas, NV 89145-4888 |

William Roberts
C/o Lattie Malanga Libertino, LLP
851 S. Rampart Blvd., Ste. 290
Las Vegas, NV 89145-4882

Woodworth & Company
C/o Davies Person, PC
920 Fawcett – PO Box 1657
Tacoma, WA 98401-1657