Richard M. Lorenzen
Arizona Bar No. 006787
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
Email: RLorenzen@perkinscoie.com

Douglas R. Pahl
Oregon Bar No. 950476
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Telephone: 503.727.2087
Facsimile: 504.346.2087
Email: DPahl@perkinscoie.com

Zachariah Larson, NV Bar No. 7787
LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: 702.382.1170
Facsimile: 702.382.1169
Email: ZLarson@lslawnv.com

Counsel for Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re<br><br>DON GROVER WHITE,<br><br>Debtor. | Case No.: BK-S-10-19402-lbr<br>Chapter 11<br><br>Hearing date: September 28, 2011<br>Hearing time: 2:00 p.m.<br>Courtroom: 1, Foley Federal Building |
|---|---|

**FIRST INTERIM APPLICATION OF PERKINS COIE LLP FOR PAYMENT OF ATTORNEY FEES AND COSTS FOR THE PERIOD OF SEPTEMBER 7, 2010 THROUGH JUNE 30, 2100**

Pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, and Local Bankruptcy Rule 2016, Perkins Coie LLP ("Perkins Coie" or the "Firm"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Don Grover White (the "Debtor"), hereby applies to the Court for entry of an order allowing and approving the payment of the Firm's attorney fees and costs incurred during the period from September 7, 2010 through June 30, 2011 (the

FIRST INTERIM APPLICATION OF PERKINS COIE LLP FOR PAYMENT OF ATTORNEY FEES AND COSTS – 1

74661-0001.0006/LEGAL21221664.2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

"Application Period"). Perkins Coie has made no previous requests to the Court for interim compensation in this case has received no payments of fees or expenses for this Application Period.

In this First Interim Application (the "Application"), Perkins Coie seeks Court approval and allowance of $76,359.50 in fees and $1,969.31 in expenses incurred for the Application Period.

This Application is supported by the Declaration of Richard Lorenzen (the "Lorenzen Declaration"), incorporated herein by this reference, and all other papers and pleadings filed in the above-captioned Chapter 11 case.

DATED this 11th day of August, 2011.

**PERKINS COIE LLP**

By: */s/ Richard M. Lorenzen*
Richard M. Lorenzen, AZ Bar No. 006787
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

**LARSON & STEPHENS**

By: */s/ Zachariah Larson*
Zachariah Larson, Esq., Bar No.: 7787
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101

Counsel for the Official Committee of Unsecured Creditors

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## I. SUMMARY OF FEES AND EXPENSES

| | |
|---|---|
| First Interim Fees Requested | $ 76,359.50 |
| First Interim Expenses Requested | $ 1,969.31 |
| Total Fees and Expenses | **$ 78,328.81** |

### A. Summary of Professional Fees

A summary of professional fees by timekeeper is attached as Exhibit A to this Application.

### B. Summary of Expenses

| Expense | Total |
|---|---|
| Photocopies | 288.50 |
| Long Distance Calls | 1.02 |
| Travel Expense | 407.33 |
| Airfare | 832.80 |
| Conference Calls | 75.80 |
| Postage | 158.12 |
| Conference Meals | 205.74 |
| **Totals** | **1969.31** |

### C. Summary of Fees and Expenses by Project Category

| Project Category | Matter | Hours | Fees | Expenses | Total |
|---|---|---|---|---|---|
| General Case Administration | 74661-0001 | 8.6 | 4,078.00 | 1,969.31 | 6,047.31 |
| Asset Analysis & Recovery | 1.0003 | 61.0 | 33,197.50 | 0.00 | 33,197.50 |
| Fee-Employment Applications | 1.0006 | 23.5 | 8,417.50 | 0.00 | 8,417.50 |
| Fee-Employment Objections | 1.0007 | 1.3 | 734.50 | 0.00 | 734.50 |
| Plan & Disclosure Statement | 1.0011 | 40.8 | 18,924.00 | 0.00 | 18,924.00 |
| Committee Meetings | 1.0013 | 24.2 | 11,008.00 | 0.00 | 11,008.00 |
| **Totals** | | 159.4 | **$76,359.50** | **$1,969.31** | **$78,328.81** |

## II. BACKGROUND

1. On May 21, 2010, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada (the "Court").

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

2. No trustee or examiner has been appointed in these cases. The Debtor continues to manage its assets in the ordinary course as debtor and debtor in possession under section 1107 and 1108 of the Bankruptcy Code.

3. On August 13, 2010, the Office of the United States Trustee appointed the Committee as an official committee to represent the interests of unsecured creditors of the Debtor pursuant to section 1102 of the Bankruptcy Code. (Dkt #78).

4. The Committee is composed of the following entities:

| Member | Primary Representative |
|---|---|
| Weyerhaeuser Realty Service | Julie MacHale |
| Republic Credit One, Inc. | Hoyt Henson |
| Iota White, LLC | Eleissa C. Lavelle, its counsel |

5. Perkins Coie was employed as counsel to the Committee as authorized by the Court's Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Perkins Coie LLP As Counsel, *nunc pro tunc* as of September 7, 2010 (the "Employment Order"), entered on December 22, 2010. The Employment Order authorized all legal fees and related costs incurred by the Committee on account of services rendered by Perkins Coie this case to be paid as administrative expenses of the Debtor's estate in accordance with the Bankruptcy Code and applicable orders entered in this case.

6. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## III. SUMMARY OF SERVICES PROVIDED

1. This is the first interim application filed by Perkins Coie in this case. All services for which Perkins Coie requests compensation were performed for or on behalf of the Committee in furtherance of the duties and functions of the Committee.

2. Perkins Coie has received no payment and no promises for payment from any source for services rendered or yet to be rendered in any capacity whatsoever in connection with the matters covered by this Application, Further, there is no agreement or understanding between

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Perkins Coie and any other person for the sharing of compensation to be received for services rendered in this Chapter 11 case.

3. Legal services covered by this Application have been segregated into fourteen billing categories developed along the guidelines promulgated by the Office of the United States Trustee. The cost of services for this Application Period is summarized by matter in the Summary of Fees and Expenses by Project Category table above.

4. The Firm has made a good-faith effort to bring all related services together into consistent billing categories. Nevertheless, reasonable minds could disagree as to which category a particular service should be allocated. There may be instances in the summary below where similar services have been billed to different categories.

## IV. SUMMARY OF SERVICES BY CATEGORY

1. A summary of professional fees by timekeeper is attached as Exhibit A, and biographical information for the attorneys is attached as Exhibit B. Daily descriptions of services provided and the list of costs incurred are set forth in detail on the invoices in Exhibit C. The following is a summary by project category of the significant services provided by Perkins Coie during this Application Period.

### A. General Case Administration (74661-0001)

Fees: $4,078.00 Hours: 8.6

During this Period the Firm conferred with the Committee and others regarding retention of counsel, Committee structure, and preparing Committee bylaws. Work in this category also included consulting with the Committee regarding the financial reports on entities owned by the Debtor. The Firm also advised the Committee with regard to hiring financial consultants Development Specialists, Inc.

### B. Asset Analysis and Recovery (1.0003)

Fees: $33,197.50 Hours: 61.0

This category included following up on issues that arose out of the 341(a) meeting and advising the Committee with regard to secured claims. Perkins Coie also advised the committee

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

on the appointment of an examiner and related objections. The Firm also monitored and conferred with the Committee regarding appointment of counsel, exclusivity, sale and liquidation, and related issues. In addition the Firm analyzed the initial report of the financial consultant and worked with the Committee on related strategy and courses of action. A portion of the Firm's time spent on hiring financial consultants, attending to fee applications, preparing the Committee's objection to Debtor's fee application and scheduling mediation was billed to this matter.

**C. Fee-Employment Applications (1.0006)**

Fees: $8,417.50 Hours: 23.5

During this Application Period the Firm prepared its application for employment Perkins Coie and Perkins Coie's first interim fee application, and attended to retention of both local counsel Larson & Stephens and financial consultants DSI. The Firm also prepared a motion for appointment of an examiner.

**D. Fee-Employment Objections (1.0007)**

Fees: $734.50 Hours: 1.3

Perkins Coie advised the Committee with regard to its objection to the Debtor's fee application and the objection to the employment of DSI.

**E. Plan & Disclosure Statement (1.0011)**

Fees: $18,924.00 Hours: 40.8

During this Period the Firm reviewed and advised the Committee with regard to the plan and disclosure statement, communicated with Debtor's counsel regarding information requests, and drafted a disclosure statement objection. The Firm reviewed standards of confirmation and class composition. In addition the Firm researched and consulted with the Committee on numerous issues including absolute priorities, best interests, adequate information, and attended the disclosure statement hearing. A portion of the Firm's time on issues related to appointment of an examiner was billed to this category.

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**F. Committee Meetings (1.0013)**

Fees: $11,008.00 Hours: 24.2

As Committee counsel, Perkins Coie participated in numerous Committee conference call meetings responding to issues raised by the Committee, communicating regarding the status of the case and developing strategy. The Committee worked on issues including appointment of an examiner, retention of professionals, and mediation of issues between the Committee and the Debtor.

## V. STATUS OF CASE AND SOURCE OF PAYMENT

1. Perkins believes that funds are available from the estate for payment of its fees and expenses.

## VI. INDEPENDENT BILLING JUDGMENT AND COST RECOVERY POLICIES

1. Perkins Coie's attorneys and paraprofessionals have expended a total of 159.4 hours at a composite hourly rate of $479.04 providing professional services to or on behalf of the Committee during the Application Period. The hourly rates charged are the Firm's normal hourly rate for work of this type in chapter 11 cases., and the reasonable value of the professional services rendered by Perkins Coie to or on behalf of the Committee during this Period is $76,359.50.

2. The Firm's cost recovery policies are designed only to recover actual out-of-pocket expenses and not to make a profit on disbursements. For example, the Firm does not charge a "per page" fee for either sending or receiving faxes. The Firm's in-house photocopy and printing charges are recorded at $0.10 per page, which reflects the Firm's reasonable estimate of allocable copy machine costs. The costs for outside services, such as postage, messenger services, photocopy and mailing services, etc. are passed through to the client and billed at the same rate as the provider has invoiced the Firm, without mark-up or additional service fees. Overnight and express mail services are utilized only when the relevant time constraints justify the added cost and charges are passed through to clients without mark-up. Computer research charges are also passed through to clients, but clients benefit from the Firm's annual volume

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

discount contract with Westlaw, which usually amounts to a reduction of approximately 50% from regular charges.

3. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the requested compensation is fair and reasonable given (a) the complexity of the Chapter 11 Case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in a case other than under this title.

4. Perkins Coie therefore requests that the Court approve this first interim Application and allow a total of $76,359.50 in fees and $1,969.31 in costs comprising the total fees and costs incurred from September 7, 2010 through June 30, 2011. No amount received will be shared with any person except partners and employees of Perkins Coie under the firm's established compensation procedures.

DATED this 11th day of August, 2011.

**PERKINS COIE LLP**

By: */s/ Richard M. Lorenzen*
Richard M. Lorenzen, AZ Bar No. 006787
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Counsel for Official Committee of Unsecured Creditors

# EXHIBIT A

## Summary of Professional Fees

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## Summary of Professional Fees

| Professional | Title | Year Admitted | Hours Billed 2010 | Rate 2010 | Fees 2010 | Hours Billed 2011 | Rate 2011 | Fees 2011 | Total For Application |
|---|---|---|---|---|---|---|---|---|---|
| Lorenzen, Richard M. | Partner | Arizona 6/10/1981 | 28.3 | $550.00 | $15,565.00 | 47.0 | $565.00 | $26,555.00 | $42,120.00 |
| Pahl, Douglas R. | Partner | Oregon 4/19/1995 | 66.5 | $430.00 | $28,595.00 | 7.1 | $450.00 | $3,195.00 | $31,790.00 |
| Thomas, Jeanette L. | Of Counsel | New York 1994; Oregon 5/6/1998 | | | | 0.9 | $450.00 | $405.00 | $405.00 |
| Sandvig, Ann E. | Paralegal | | 2.8 | $220.00 | $616.00 | 3.9 | $225.00 | $877.50 | $1,493.50 |
| Maag, Mary Lou | Paralegal | | | | | 2.9 | $190.00 | $551.00 | $551.00 |
| | | | | | | | | | |
| | | | 97.6 | $1,200.00 | $44,776.00 | 58.9 | $1,690.00 | $31,032.50 | $75,808.50 |
| | | | | | | | | | |
| | | Composite Rates | | $458.77 | | | $511.06 | | |

# EXHIBIT B

## Attorney Biographical Information

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000



Perkins Coie
Legal Counsel to Great Companies®

Phoenix
PHONE: 602.351.8405
FAX: 602.648.7077
RLorenzen@perkinscoie.com

## Practices

Business
Bankruptcy & Workouts
Retail & Consumer Products

## Richard M. Lorenzen | Partner

Richard Lorenzen, a partner in the firm's Business practice, focuses on bankruptcy, creditors' rights and commercial litigation.

### Professional Recognition

- Peer Review Rated AV in *Martindale-Hubbell* (AV®, BV® and CV® are registered certification marks of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedures, standards and policies.)
- Listed in *The Best Lawyers in America*

### Professional Leadership

- American Bar Association
- State Bar of Arizona
- Maricopa County Bar Association

### Community Involvement

- American Bankruptcy Institute, Committee on Health Care Insolvency, Founding Member
- Arizona State University College of Law Alumni Association, Past President

### Related Employment

- O'Connor, Cavanagh, Anderson, Killingsworth & Beshears, P.A., Phoenix, Associate, 1982 - 1989; Partner, 1989 - 1999

### Education

- London School of Economics, LL.M., 1981
- Arizona State University, Sandra Day O'Connor College of Law, J.D., 1980 Editor, *Arizona State Law Review*
- Occidental College, B.A., 1977

### Bar Admissions

- Arizona

### Court Admissions

- U.S. Supreme Court
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the District of Arizona



Perkins Coie
Legal Counsel to Great Companies

Portland
PHONE: 503.727.2087
FAX: 503.727.2222
DPahl@perkinscoie.com

## Practices

Business
Bankruptcy & Workouts
Real Estate Workouts

## Douglas R. Pahl | Partner

Douglas Pahl is a partner in the Portland office and focuses his practice on insolvency, bankruptcy and commercial debt restructuring matters. Doug advises businesses on complex commercial litigation and reorganization issues, creditors' rights, including judicial and non-judicial foreclosure proceedings, receivership actions and associated litigation. In his practice, Doug represents secured and unsecured creditors, debtors, committees, guarantors, officers and directors, asset and claim purchasers, and other constituencies in bankruptcies, receiverships and out-of-court workouts.

### Professional Recognition

- Listed in *Oregon Law and Politics*, "Oregon Super Lawyers," 2008 - 2011

### Professional Leadership

- Oregon State Bar Association
- Oregon State Bar Debtor/Creditor Section, Executive Committee Member, 2007 - 2008
- Turnaround Management Association, Member
- Oregon Law Commission, UCC Working Group, 2008 - 2009
- Owen M. Panner American Inn of Court, Executive Committee Member, 2008 - Present
- Federal Bar Association, Member
- U.S. District Court Local Rules Committee, 1999 - 2002
- U.S. District Court Merit Selection Panel, 1999 - 2003

### Community Involvement

- The Hatfield Project, Board of Directors, 2010
- Asst. Coach, Classroom Law Project Mock Trial, 2008 - 2010
- Opal Creek SRA Federal Advisory Committee, Chairman, 2000 - 2004
- CYO Youth Track & Field, Assistant Coach, 2007 - 2010

### Related Employment

- U.S. Senator Mark O. Hatfield, Washington, D.C., Legislative Assistant, 1990 - 1995; Legal Counsel, 1995 - 1996
- Hon. Wallace P. Carson, Oregon Supreme Court, Extern, Summer 1989

## Education

- Willamette University College of Law, J.D., 1992
  Member, *Willamette Law Review*
- Georgetown University Law Center
  1991, 1992
- Central Washington University, B.A., 1986

## Bar Admissions

- Oregon

## Court Admissions

- U.S. District Court for the District of Oregon

**Clerkships**

- Hon. Michael R. Hogan, U.S. District Court for the District of Oregon, 1996 - 1998

Perkins Coie | Legal Counsel to Great Companies®

Portland
PHONE: 503.727.2075
FAX: 503.727.2222
JThomas@perkinscoie.com

## Practices

Bankruptcy & Workouts
Business
Real Estate Workouts

## Jeanette L. Thomas | Of Counsel

Jeanette Thomas is of counsel in the firm's Business group. Jeanette has more than 16 years of experience in commercial and financial transactions and in restructuring, insolvency and bankruptcy matters.

Jeanette has represented all varieties of constituents in restructuring, insolvency and bankruptcy matters, including secured creditors, unsecured creditors, creditors' committees, debtors, Chapter 11 trustees, claim purchasers/sellers, and asset purchasers.

Jeanette has significant experience representing clients on a wide variety of general business and commercial matters. This experience includes advising clients in connection with secured financing transactions, advising and preparing form commercial contracts, negotiating commercial agreements and assisting hedge funds in the acquisition of distressed debt and bankruptcy claims. She has also represented secured lenders in real estate foreclosure proceedings, Article 9 foreclosure proceedings, parties in assignments for the benefit of creditors as well as other out-of-court restructurings.

### Asset Purchase from Bankruptcy Estates

Represented a variety of clients in connection with the purchase of assets from bankruptcy estates.

### Commercial Matters

Represented a variety of clients in preparing and negotiating form documents for use in their day to day business operations. Negotiated on behalf of clients on general contract issues.

### Financial Transactions

Represented a variety of borrowers and lenders in connection with secured financing arrangements, including asset based lending and real estate based lending. Advised numerous clients on issues relating to their granting, perfection and enforcement of security interests, including representing clients in enforcing their security interests under state foreclosure and receivership statutes and Article 9 of the UCC.

### Landlord Representations

Represented a variety of landlords in retail bankruptcies

## Education

- Hofstra University School of Law, J.D., with distinction, 1993
  Articles Editor, *Hofstra Law Review*
- Long Island University, B.A., summa cum laude, 1990

## Bar Admissions

- Oregon
- Washington
- New York

## Court Admissions

- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. District Court for the District of Oregon
- U.S. District Court for the Western District of Washington
- U.S. District Court for the Eastern District of Washington
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York

nationwide, including K-Mart, Montgomery Ward,
Troutman's Emporium, in connection with designation
rights offerings and lease assumption and assignment
and rejection issues.

Secured Lender/ DIP Financing Representations

Represented secured lenders in various bankruptcies,
including in connection with debtor in possession
financings.

Professional Leadership

- Oregon State Bar, Business and Debtor/Creditor
  Sections
- Washington State Bar Association, Debtor/Creditor
  Section
- Turnaround Management Association
- American Bankruptcy Institute
- Oregon Women Lawyers

Community Involvement

- Court Appointed Special Advocate 1998 - 2003
- Selected Past Board Memberships
  - CASA for Children, Inc., Board of Directors, 1999 -
    2004
  - Oregon Women Lawyers, Board of Directors, 2003
    - 2005

**EXHIBIT C**

**Invoices for Services September 7, 2010 through June 30, 2011**

FIRST INTERIM APPLICATION OF PERKINS COIE LLP FOR PAYMENT OF ATTORNEY FEES AND COSTS – 11

74661-0001.0006/LEGAL21221664.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DALLAS • DENVER • LOS ANGELES • MADISON • NEW YORK • PALO ALTO • PHOENIX • PORTLAND • SAN DIEGO • SAN FRANCISCO • SEATTLE • SHANGHAI • TAIPEI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 74661

November 16, 2010

Invoice 4294256

Don G. White Committee of Unsecured Creditors
Attn: Julie MacHale, Chair, Creditors' Committee
Weyerhaeuser Realty Investors
~~8105 Irvine Center Drive~~
~~Suite 420~~
Irvine, CA 92618

INVOICE

**FOR SERVICES THROUGH 10/31/10, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $32,429.00 |
| Disbursements and Other Charges | $26.60 |
| **TOTAL DUE THIS INVOICE** | **$32,455.60** |

**0001 General Case Administration**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 09/09/10 | Douglas Pahl | 1.00 | Communications with Committee, others regarding retention, structure, bylaws, local counsel; |
| 09/10/10 | Richard Lorenzen | 0.40 | Review bylaws and related issues; |
| 09/10/10 | Douglas Pahl | 0.20 | Circulate draft committee bylaws; |
| 09/19/10 | Richard Lorenzen | 0.40 | Review bylaws and related issues; |
| 09/23/10 | Douglas Pahl | 3.20 | Review, revise and finalize letter to Debtor (1.0); review background documents provided by Debtor (1.7); review schedules and statement of financial affairs (.5); |
| 10/01/10 | Richard Lorenzen | 0.20 | Review status, and order regarding postponement; |

Total For Services $2,442.00

**Disbursements and Other Charges**

Photocopying and printing expenses 26.60

Disbursement and Other Charges Total $26.60

**Total This Matter $2,468.60**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 1.00 | 550.00 | 550.00 |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Douglas Pahl | 4.40 | 430.00 | 1,892.00 |
| Total | 5.40 | 452.22 | $2,442.00 |

## 0001.0003 Asset Analysis and Recovery

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 09/08/10 | Douglas Pahl | 0.80 | Initial review of documents from Debtor; |
| ~~09/10/10~~ | ~~Douglas Pahl~~ | ~~0.40~~ | ~~Review documents forwarded by local counsel;~~ |
| ~~09/15/10~~ | ~~Douglas Pahl~~ | ~~2.10~~ | ~~Review documents provided by Debtor;~~ |
| 09/24/10 | Richard Lorenzen | 0.40 | Review correspondence to Debtor's attorney, and issues regarding secured claims; |
| 10/04/10 | Douglas Pahl | 1.80 | Review documents provided by the Debtor and Debtor's response (1.4); communications with committee regarding documents, response, next meeting (.4); |
| 10/05/10 | Douglas Pahl | 2.30 | Review tape of 341(a) meeting and follow up regarding issues raised (1.0); review documents provided by Debtor (.8); phone conference with committee member and follow up (.5); |
| 10/06/10 | Douglas Pahl | 0.80 | Review documents from Debtor; |

Total For Services $3,746.00

**Total This Matter $3,746.00**

SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 0.40 | 550.00 | 220.00 |
| Douglas Pahl | 8.20 | 430.00 | 3,526.00 |
| Total | 8.60 | 435.58 | $3,746.00 |

## 0001.0006 Fee-Employment Applications

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 09/10/10 | Richard Lorenzen | 0.20 | Work on local counsel representation for committee; |
| 09/12/10 | Richard Lorenzen | 0.40 | Review issues/status regarding local counsel, and admission; |
| 09/17/10 | Douglas Pahl | 1.00 | Review retention, application issues, information; |
| 09/19/10 | Richard Lorenzen | 0.20 | Work on local counsel representation for committee; |
| 09/21/10 | Douglas Pahl | 0.60 | Review committee counsel appointment process (.3); review and revise documents regarding same (.3); |
| 09/23/10 | Douglas Pahl | 0.20 | Analysis of retention issues; |
| 09/29/10 | Douglas Pahl | 0.30 | Review retention information; |
| 10/05/10 | Douglas Pahl | 0.70 | Research regarding examiner; |
| 10/14/10 | Ann Sandvig | 2.30 | Review and revisions to application, declaration and order for Perkins Coie's retention and prepare exhibits to the declaration; |
| 10/18/10 | Douglas Pahl | 1.60 | Phone conference with Debtor's counsel (.5); review issues regarding appointment of examiner (1.1); |
| 10/20/10 | Douglas Pahl | 1.20 | Research regarding examiner motion; |
| 10/21/10 | Ann Sandvig | 0.20 | Review disclosure issues and revise attachment to application for retention; |
| 10/22/10 | Richard Lorenzen | 0.40 | Review potential accounting/financial firms; |
| 10/22/10 | Douglas Pahl | 2.10 | Research and outline draft motion for appointment of examiner; |

| | | | |
|---|---|---|---|
| 10/25/10 | Douglas Pahl | 2.50 | Review, revise and circulate motion for appointment of examiner; |
| 10/26/10 | Richard Lorenzen | 0.20 | Review information regarding accounting professionals (.1); correspondence to client regarding same (.1); |

Total For Services $5,706.00

**Total This Matter $5,706.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 1.40 | 550.00 | 770.00 |
| Douglas Pahl | 10.20 | 430.00 | 4,386.00 |
| ~~Ann Sandvig~~ | ~~2.50~~ | ~~220.00~~ | ~~550.00~~ |
| Total | 14.10 | 404.68 | $5,706.00 |

**0001.0011 Plan and Disclosure Statement**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 09/16/10 | Douglas Pahl | 1.00 | Review disclosure statement; |
| 09/21/10 | Douglas Pahl | 2.50 | Further review plan and disclosure statement (1.1); review and revise letter to Debtor (.7); review standards for appointment of examiner, confirmation standards, class composition (.6); |
| 09/22/10 | Douglas Pahl | 2.80 | Further review plan and disclosure statement (.8); communications with Debtor's counsel regarding information requests, Committee concerns (.5); review and revise letter to Debtor (.6); further research regarding appointment of examiner, other confirmation issues (.9); |
| 09/23/10 | Douglas Pahl | 3.30 | Review plan and disclosure statement (1.5); initial draft of disclosure statement objection (1.8); |
| 09/24/10 | Douglas Pahl | 3.10 | Analysis of plan and disclosure statement (1.5); review and revise outline of objection (.8); review discovery issues, possible 2004 examination (.6); communications with Debtor's counsel and follow up (.2); |
| 09/25/10 | Douglas Pahl | 6.70 | Analysis of absolute priority rule cases (2.0); review plan and disclosure statement (1.6); review cases regarding adequate information (.4); review documents provided by Debtor (.8); review, revise objection to disclosure statement (2.1); |
| 09/26/10 | Douglas Pahl | 7.80 | Further review of plan and disclosure statement, prepackaged plan (2.1); review cases regarding absolute priorities, best interests, committee standing, adequate information (2.4); review documents provided by Debtor (1.1); review, revise objection to disclosure statement (2.2); |
| 09/27/10 | Richard Lorenzen | 0.50 | Review objection to disclosure statement, and related issues; |
| 09/27/10 | Douglas Pahl | 1.80 | Review and revise objection to disclosure statement and collect comments regarding same; |
| 09/29/10 | Douglas Pahl | 0.30 | Communications regarding disclosure statement hearing; |

Total For Services $12,874.00

**Total This Matter $12,874.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 0.50 | 550.00 | 275.00 |
| Douglas Pahl | 29.30 | 430.00 | 12,599.00 |
| Total | 29.80 | 432.01 | $12,874.00 |

## 0001.0013 Committee Meetings

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 09/07/10 | Douglas Pahl | 1.10 | Prepare for and participate in Committee call (.8); follow up regarding same (.3); |
| 09/10/10 | Douglas Pahl | 1.10 | Prepare for and participate in Committee conference call; |
| 09/17/10 | Douglas Pahl | 1.20 | Review documents and prepare for Committee meeting; |
| 09/20/10 | Douglas Pahl | 2.40 | Prepare for conference call with Committee (1.6); follow up regarding issues raised by Committee, initial draft of letter to Debtor (.8); |
| 09/20/10 | Douglas Pahl | 1.00 | Participate in conference call with Committee; |
| 09/27/10 | Douglas Pahl | 1.00 | Phone conference with Debtor's counsel and follow up with Committee; |
| 10/06/10 | Richard Lorenzen | 1.50 | Prepare for and participate in conference call with Committee; |
| ~~10/06/10~~ | ~~Douglas Pahl~~ | ~~2.20~~ | ~~Prepare for committee call (1.0); participate in committee call (1.2);~~ |
| 10/13/10 | Richard Lorenzen | 1.00 | Review correspondence from Committee member regarding potential settlement (.2); prepare for and participate in telephone conference with Committee regarding strategy (.8); |
| 10/13/10 | Douglas Pahl | 1.60 | Prepare for and participate in Committee meeting (1.0); follow up regarding issues raised (.6); |
| 10/19/10 | Richard Lorenzen | 0.70 | Prepare for and attend conference call with Committee; |
| 10/25/10 | Richard Lorenzen | 0.80 | Telephone conference with Committee; |
| 10/25/10 | Douglas Pahl | 1.10 | Prepare for and participate in Committee call; |

Total For Services $7,661.00

**Total This Matter $7,661.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 4.00 | 550.00 | 2,200.00 |
| Douglas Pahl | 12.70 | 430.00 | 5,461.00 |
| Total | 16.70 | 458.74 | $7,661.00 |

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|---|---|---|---|
| R. Lorenzen | 7.30 | 550.00 | 4,015.00 |
| D. Pahl | 64.80 | 430.00 | 27,864.00 |
| A. Sandvig | 2.50 | 220.00 | 550.00 |
| Total | 74.60 | 434.71 | $32,429.00 |

DRP

***This invoice is for current charges only.***

***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***

***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before DECEMBER 16, 2010***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 74661, Invoice 4294256

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

Perkins Coie
ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DALLAS • DENVER • LOS ANGELES • MADISON • PALO ALTO • PHOENIX • PORTLAND • SAN DIEGO • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 74661

December 28, 2010

Invoice 4307766

Don G. White Committee of Unsecured Creditors
Attn: Julie MacHale, Chair, Creditors' Committee
Weyerhaeuser Realty Investors
8105 Irvine Center Drive
Suite 420
Irvine, CA 92618

INVOICE

**FOR SERVICES THROUGH 11/30/10, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $7,345.00 |
| Disbursements and Other Charges | $370.85 |
| **TOTAL DUE THIS INVOICE** | **$7,715.85** |

**0001 General Case Administration**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/04/10 | Richard Lorenzen | 0.40 | Conference with J. MacHale regarding status; |
| 11/09/10 | Richard Lorenzen | 0.40 | Correspondence to Committee regarding status (.2); telephone conference with E. Lavelle regarding status (.2); |

Total For Services $440.00

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 261.90 |
| Long distance telephone charges | 0.95 |
| Travel expense - R. Lorenzen, Las Vegas, 11/8 | 108.00 |

Disbursement and Other Charges Total $370.85

**Total This Matter** **$810.85**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 0.80 | 550.00 | 440.00 |
| Total | 0.80 | 550.00 | $440.00 |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

## 0001.0003 Asset Analysis and Recovery

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/02/10 | Richard Lorenzen | 0.40 | Review examiner motion, and issues regarding filing; |
| 11/03/10 | Richard Lorenzen | 0.20 | Correspondence from and to client regarding examiner candidates; |
| 11/07/10 | Douglas Pahl | 0.30 | Communications with debtor's counsel and follow up; |
| 11/15/10 | Richard Lorenzen | 0.20 | Telephone call from J. Till regarding status; |
| 11/19/10 | Richard Lorenzen | 0.40 | Telephone call from J. Till; review status; |

Total For Services $789.00

**Total This Matter $789.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 1.20 | 550.00 | 660.00 |
| Douglas Pahl | 0.30 | 430.00 | 129.00 |
| Total | 1.50 | 526.00 | $789.00 |

## 0001.0006 Fee-Employment Applications

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/10/10 | Ann Sandvig | 0.30 | Review compensation issues; |

Total For Services $66.00

**Total This Matter $66.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Ann Sandvig | 0.30 | 220.00 | 66.00 |
| Total | 0.30 | 220.00 | $66.00 |

## 0001.0011 Plan and Disclosure Statement

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/04/10 | Richard Lorenzen | 0.50 | Telephone call to J. Till, and correspondence to Committee; |
| 11/05/10 | Richard Lorenzen | 1.30 | Review status regarding disclosure statement, and strategy regarding examiner and scheduling (.8); telephone call from debtor's attorney regarding potential continuance/settlement meeting (.2); correspondence to an from debtor's attorney regarding disclosure statement (.3); |
| 11/08/10 | Richard Lorenzen | 9.20 | Correspondence from debtor's attorney regarding settlement (.2); review objection to disclosure statement, and response (1.4); prepare for and attend hearing regarding disclosure statement (7.6); |

Total For Services $6,050.00

**Total This Matter $6,050.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 11.00 | 550.00 | 6,050.00 |
| Total | 11.00 | 550.00 | $6,050.00 |

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|---|---|---|---|
| R. Lorenzen | 13.00 | 550.00 | 7,150.00 |
| ~~D. Pahl~~ | ~~0.30~~ | ~~430.00~~ | ~~129.00~~ |
| ~~A. Sandvig~~ | ~~0.30~~ | ~~220.00~~ | ~~66.00~~ |
| Total | 13.60 | 540.07 | $7,345.00 |

DRP

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JANUARY 27, 2011***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 74661, Invoice 4307766

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DALLAS • DENVER • LOS ANGELES • MADISON • PALO ALTO • PHOENIX • PORTLAND • SAN DIEGO • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 74661

January 25, 2011

Invoice 4326638

Don G. White Committee of Unsecured Creditors
Attn: Julie MacHale, Chair, Creditors' Committee
Weyerhaeuser Realty Investors
8105 Irvine Center Drive
Suite 420
Irvine, CA 92618

INVOICE

**FOR SERVICES THROUGH 12/31/10, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $5,002.00 |
| Disbursements and Other Charges | $383.47 |
| **TOTAL DUE THIS INVOICE** | **$5,385.47** |

**0001 General Case Administration**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/02/10 | Richard Lorenzen | 1.60 | Review 2015.3 reports, and correspondence to Committee regarding same; |

Total For Services $880.00

**Disbursements and Other Charges**

| | | |
|---|---|---|
| Long distance telephone charges | 0.07 | |
| Airfare - R. Lorenzen, Las Vegas, 2010-11-08; Ticket#2136100624 | 383.40 | |
| Disbursement and Other Charges Total | | $383.47 |
| **Total This Matter** | | **$1,263.47** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 1.60 | 550.00 | 880.00 |
| Total | 1.60 | 550.00 | $880.00 |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

## 0001.0003 Asset Analysis and Recovery

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/03/10 | Richard Lorenzen | 0.40 | Correspondence to Committee (.2); review objection to Examiner (.2); |
| 12/06/10 | Richard Lorenzen | 0.60 | Correspondence from and to Committee regarding hearing (.2); telephone call from J. Till regarding status (.2); correspondence from and to A. Tirre regarding stipulation (.2); |
| 12/08/10 | Richard Lorenzen | 0.80 | Review pleadings regarding appointment (.3); monitor hearing regarding appointment of counsel (.5); |
| 12/14/10 | Richard Lorenzen | 0.30 | Review fee statement from Debtor's attorney, and correspondence to client; |
| 12/15/10 | Richard Lorenzen | 0.90 | Review issues regarding exclusivity and related hearing (.4); prepare for and monitor hearing regarding exclusivity (.5); |
| 12/16/10 | Richard Lorenzen | 0.20 | Correspondence to Committee regarding meeting; correspondence from Committee members; |
| 12/22/10 | Richard Lorenzen | 2.00 | Review 2015 reports and related issues (1.6); prepare for call and telephone conference with H. Henson (.4); |
| 12/29/10 | Richard Lorenzen | 1.20 | Prepare for and participate in call with Committee; |

Total For Services $3,520.00

**Total This Matter $3,520.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 6.40 | 550.00 | 3,520.00 |
| Total | 6.40 | 550.00 | $3,520.00 |

## 0001.0013 Committee Meetings

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/29/10 | Douglas Pahl | 1.40 | Communications regarding committee meeting; follow up; participate in committee meeting; |

Total For Services $602.00

**Total This Matter $602.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Douglas Pahl | 1.40 | 430.00 | 602.00 |
| Total | 1.40 | 430.00 | $602.00 |

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|---|---|---|---|
| R. Lorenzen | 8.00 | 550.00 | 4,400.00 |
| D. Pahl | 1.40 | 430.00 | 602.00 |
| Total | 9.40 | 532.13 | $5,002.00 |

DRP

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before FEBRUARY 24, 2011***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 74661, Invoice 4326638

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DALLAS • DENVER • LOS ANGELES • MADISON • PALO ALTO • PHOENIX • PORTLAND • SAN DIEGO • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 74661

February 15, 2011

Invoice 4341520

Don G. White Committee of Unsecured Creditors
Attn: Julie MacHale, Chair, Creditors' Committee
Weyerhaeuser Realty Investors
8105 Irvine Center Drive
Suite 420
Irvine, CA 92618

INVOICE

**FOR SERVICES THROUGH 01/31/11, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $3,556.50 |
| Disbursements and Other Charges | $211.20 |
| **TOTAL DUE THIS INVOICE** | **$3,767.70** |

## 0001 General Case Administration

**Disbursements and Other Charges**

| | |
|---|---|
| Long distance telephone charges | 60.00 |
| Special postage | 151.20 |

| | |
|---|---|
| Disbursement and Other Charges Total | $211.20 |
| **Total This Matter** | **$211.20** |

## 0001.0003 Asset Analysis and Recovery

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 01/14/11 | Richard Lorenzen | 0.90 | Telephone call from creditor attorney regarding status (.3); telephone conference with potential consultants (.4); telephone call from J. Till (.2); |
| 01/18/11 | Richard Lorenzen | 0.70 | Correspondence from and to client regarding sale (.2); review liquidation analysis (.5); |
| 01/19/11 | Richard Lorenzen | 0.40 | Telephone conference with H. Henson regarding financial consultants (.2); correspondence from and to H. Henson regarding financial consultants (.2); |
| 01/20/11 | Richard Lorenzen | 0.60 | Correspondence from Committee members (.2); telephone call to J. Till (.4); |
| 01/25/11 | Richard Lorenzen | 0.70 | Telephone conference with Debtor's attorneys (.2); review materials/information regarding potential financial consultants (.5); |
| 01/27/11 | Richard Lorenzen | 1.40 | Prepare for call, and telephone conference with Committee (1.2); telephone call from J. Till regarding status (.2); |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| 01/28/11 | Richard Lorenzen | 0.20 | Telephone call from J. Till regarding status; |
| 01/31/11 | Richard Lorenzen | 0.20 | Correspondence from and to J. Till; |

Total For Services $2,881.50

**Total This Matter $2,881.50**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 5.10 | 565.00 | 2,881.50 |
| Total | 5.10 | 565.00 | $2,881.50 |

**0001.0013 Committee Meetings**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 01/14/11 | Douglas Pahl | 0.60 | Communications regarding status of case, committee's work, and follow up; |
| 01/19/11 | Douglas Pahl | 0.30 | Communications with committee members regarding examiner; |
| 01/20/11 | Douglas Pahl | 0.60 | Communications with Committee members; |

Total For Services $675.00

**Total This Matter $675.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Douglas Pahl | 1.50 | 450.00 | 675.00 |
| Total | 1.50 | 450.00 | $675.00 |

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|---|---|---|---|
| R. Lorenzen | 5.10 | 565.00 | 2,881.50 |
| D. Pahl | 1.50 | 450.00 | 675.00 |
| Total | 6.60 | 538.86 | $3,556.50 |

DRP

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MARCH 17, 2011***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 74661, Invoice 4341520

74661 February 15, 2011 Invoice 4341520

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

Page 3

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DALLAS • DENVER • LOS ANGELES • MADISON • NEW YORK • PALO ALTO • PHOENIX • PORTLAND • SAN DIEGO • SAN FRANCISCO • SEATTLE • SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 74661

March 29, 2011

Invoice 4363469

Don G. White Committee of Unsecured Creditors
Attn: Julie MacHale, Chair, Creditors' Committee
Weyerhaeuser Realty Investors
8105 Irvine Center Drive
Suite 420
Irvine, CA 92618

INVOICE

**FOR SERVICES THROUGH 02/28/11, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $4,791.00 |
| Disbursements and Other Charges | $3.86 |
| **TOTAL DUE THIS INVOICE** | **$4,794.86** |

## 0001 General Case Administration

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 02/23/11 | Richard Lorenzen | 0.40 | Review pleadings regarding DSI and correspondence to client regarding same; |

Total For Services $226.00

**Disbursements and Other Charges**

| | |
|---|---|
| Long distance telephone charges | 3.86 |

Disbursement and Other Charges Total $3.86

**Total This Matter $229.86**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 0.40 | 565.00 | 226.00 |
| Total | 0.40 | 565.00 | $226.00 |

## 0001.0003 Asset Analysis and Recovery

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 02/15/11 | Richard Lorenzen | 0.30 | Review proposal; |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| 02/16/11 | Richard Lorenzen | 0.50 | Work on retention of financial consultant; |
| 02/17/11 | Richard Lorenzen | 0.50 | Review pleadings and issues regarding appointment of DSI as financial consultants; |
| 02/18/11 | Richard Lorenzen | 0.30 | Work on engagement of consultant (.3); |
| 02/21/11 | Richard Lorenzen | 0.50 | Correspondence from and correspondence to DSI regarding engagement letter and application for employment (.3); review notice regarding fee hearings (.2); |
| 02/28/11 | Richard Lorenzen | 1.40 | Review fee applications and related issues; |

Total For Services $1,977.50

**Total This Matter $1,977.50**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 3.50 | 565.00 | 1,977.50 |
| Total | 3.50 | 565.00 | $1,977.50 |

**0001.0006 Fee-Employment Applications**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 02/09/11 | Douglas Pahl | 0.70 | Review issues regarding employment of professionals by committee, process, filings; |
| 02/15/11 | Ann Sandvig | 1.60 | Draft application, declaration and order for the employment of Development Specialists, Inc. (1.4); communications with R. Lorenzen regarding the same (.2); |
| 02/16/11 | Jeanette Thomas | 0.30 | Review and revise application to retain DSI and related pleadings; |
| 02/16/11 | Ann Sandvig | 1.60 | Review and edit application, supporting declaration and order regarding retention of Development Specialists, Inc (1.2); communications with K. Everett, J. Thomas and R. Lorenzen regarding retention issues (.4); |
| 02/17/11 | Jeanette Thomas | 0.40 | Review and revise application to retain DSI and related pleadings; |
| 02/17/11 | Ann Sandvig | 0.30 | Communications with K. Everett and revise declaration accordingly; |
| 02/18/11 | Jeanette Thomas | 0.20 | Review and respond to correspondence regarding retention of DSI as financial consultants; |
| 02/22/11 | Douglas Pahl | 0.30 | Review employment application materials; |

Total For Services $1,642.50

**Total This Matter $1,642.50**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Douglas Pahl | 1.00 | 450.00 | 450.00 |
| Jeanette Thomas | 0.90 | 450.00 | 405.00 |
| Ann Sandvig | 3.50 | 225.00 | 787.50 |
| Total | 5.40 | 304.17 | $1,642.50 |

**0001.0013 Committee Meetings**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 02/04/11 | Douglas Pahl | 0.70 | Review employment issues for committee examiner; |

| | | | |
|---|---|---|---|
| 02/09/11 | Douglas Pahl | 0.90 | Analysis of professional retention issues; |
| 02/10/11 | Douglas Pahl | 0.50 | Review background regarding retention issues; |

Total For Services $945.00

**Total This Matter $945.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Douglas Pahl | 2.10 | 450.00 | 945.00 |
| Total | 2.10 | 450.00 | $945.00 |

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|---|---|---|---|
| R. Lorenzen | 3.90 | 565.00 | 2,203.50 |
| D. Pahl | 3.10 | 450.00 | 1,395.00 |
| A. Sandvig | 3.50 | 225.00 | 787.50 |
| J. Thomas | 0.90 | 450.00 | 405.00 |
| Total | 11.40 | 420.26 | $4,791.00 |

DRP

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before APRIL 28, 2011***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 74661, Invoice 4363469

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DALLAS • DENVER • LOS ANGELES • MADISON • NEW YORK • PALO ALTO • PHOENIX • PORTLAND • SAN DIEGO • SAN FRANCISCO • SEATTLE • SHANGHAI • TAIPEI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 74661

April 28, 2011

Invoice 4382891

Don G. White Committee of Unsecured Creditors
Attn: Julie MacHale, Chair, Creditors' Committee
Weyerhaeuser Realty Investors
8105 Irvine Center Drive
Suite 420
Irvine, CA 92618

INVOICE

**FOR SERVICES THROUGH 03/31/11, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $3,028.00 |
| Disbursements and Other Charges | $18.86 |
| **TOTAL DUE THIS INVOICE** | **$3,046.86** |

**0001 General Case Administration**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/22/11 | Ann Sandvig | 0.40 | Check court docket regarding objections to DSI's employment application and communications regarding the same; |

Total For Services $90.00

**Disbursements and Other Charges**

| | |
|---|---|
| Long distance telephone charges | 11.94 |
| Special postage | 6.92 |

Disbursement and Other Charges Total $18.86

**Total This Matter $108.86**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Ann Sandvig | 0.40 | 225.00 | 90.00 |
| Total | 0.40 | 225.00 | $90.00 |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

## 0001.0003 Asset Analysis and Recovery

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/01/11 | Richard Lorenzen | 3.20 | Research, and prepare objection to Lobel firm fee application; |
| 03/30/11 | Richard Lorenzen | 0.70 | Review status/issues for today's hearings (.3); telephone conference with J. Till regarding status (.2); telephone conference with S. Larson regarding hearings (.2); |

Total For Services $2,203.50

**Total This Matter $2,203.50**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 3.90 | 565.00 | 2,203.50 |
| Total | 3.90 | 565.00 | $2,203.50 |

## 0001.0007 Fee-Employment Objections

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/02/11 | Richard Lorenzen | 0.50 | Telephone call from H. Henson regarding objection (.2); correspondence to Committee, and correspondence to Z. Larson regarding fee objection and DSI employment (.3); |
| 03/08/11 | Richard Lorenzen | 0.40 | Review procedural issues/status regarding handling of fee objection; |
| 03/10/11 | Richard Lorenzen | 0.40 | Review response to objection, and related issues; |

Total For Services $734.50

**Total This Matter $734.50**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 1.30 | 565.00 | 734.50 |
| Total | 1.30 | 565.00 | $734.50 |

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|---|---|---|---|
| R. Lorenzen | 5.20 | 565.00 | 2,938.00 |
| A. Sandvig | 0.40 | 225.00 | 90.00 |
| Total | 5.60 | 540.71 | $3,028.00 |

DRP

***This Invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MAY 28, 2011***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 74661, Invoice 4382891

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DALLAS • DENVER • LOS ANGELES • MADISON • NEW YORK • PALO ALTO • PHOENIX • PORTLAND • SAN DIEGO • SAN FRANCISCO • SEATTLE • SHANGHAI • TAIPEI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 74661

May 17, 2011

Invoice 4398800

Don G. White Committee of Unsecured Creditors
Attn: Julie MacHale, Chair, Creditors' Committee
Weyerhaeuser Realty Investors
8105 Irvine Center Drive
Suite 420
Irvine, CA 92618

INVOICE

**FOR SERVICES THROUGH 04/30/11, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $4,255.50 |
| Disbursements and Other Charges | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$4,255.50** |

**0001.0003 Asset Analysis and Recovery**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 04/01/11 | Richard Lorenzen | 1.70 | Research absolute priority issues in individual debtor case; |
| 04/04/11 | Richard Lorenzen | 0.90 | Correspondence from S. Larson regarding settlement conference and related matters, and correspondence to Committee regarding same (.3); correspondence from S. Larson with draft orders (.2); correspondence to financial consultant regarding status/course of action (.2); correspondence from client, and correspondence to S. Larson regarding settlement conference (.2); |
| 04/06/11 | Richard Lorenzen | 2.00 | Telephone call to K. Everett, and review liquidation analysis (1.8); correspondence to Committee regarding DSI and settlement conference; |
| 04/08/11 | Richard Lorenzen | 0.60 | Work on scheduling of settlement conference; |
| 04/11/11 | Richard Lorenzen | 0.30 | Review status/issues regarding mediation and scheduling; |
| 04/12/11 | Richard Lorenzen | 0.20 | Review status/issues regarding mediation; |

| | |
|---|---|
| Total For Services | $3,220.50 |
| **Total This Matter** | **$3,220.50** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 5.70 | 565.00 | 3,220.50 |
| Total | 5.70 | 565.00 | $3,220.50 |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

**0001.0013 Committee Meetings**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 04/12/11 | Douglas Pahl | 1.00 | Multiple communications regarding settlement conference, timing and follow up regarding same; |
| 04/14/11 | Douglas Pahl | 0.50 | Further communications with Committee and debtor's counsel regarding settlement conference; |
| 04/19/11 | Douglas Pahl | 0.30 | Communications regarding mediation; |
| 04/26/11 | Douglas Pahl | 0.20 | Communications regarding mediation; |
| 04/29/11 | Douglas Pahl | 0.30 | Communications with debtor's counsel regarding mediation and follow up; |

| | |
|---|---|
| Total For Services | $1,035.00 |
| **Total This Matter** | **$1,035.00** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Douglas Pahl | 2.30 | 450.00 | 1,035.00 |
| Total | 2.30 | 450.00 | $1,035.00 |

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|---|---|---|---|
| R. Lorenzen | 5.70 | 565.00 | 3,220.50 |
| D. Pahl | 2.30 | 450.00 | 1,035.00 |
| Total | 8.00 | 531.94 | $4,255.50 |

DRP

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JUNE 16, 2011***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 74661, Invoice 4398800

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DALLAS • DENVER • LOS ANGELES • MADISON • NEW YORK • PALO ALTO • PHOENIX • PORTLAND • SAN DIEGO • SAN FRANCISCO • SEATTLE • SHANGHAI • TAIPEI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 74661

June 23, 2011

Invoice 4420359

Don G. White Committee of Unsecured Creditors
Attn: Julie MacHale, Chair, Creditors' Committee
Weyerhaeuser Realty Investors
8105 Irvine Center Drive
Suite 420
Irvine, CA 92618

INVOICE

**FOR SERVICES THROUGH 05/31/11, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $11,333.50 |
| Disbursements and Other Charges | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$11,333.50** |

**0001.0003 Asset Analysis and Recovery**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 04/14/11 | Richard Lorenzen | 0.20 | Review status/issues regarding mediation; |
| 05/02/11 | Richard Lorenzen | 0.20 | Telephone call from J. Till regarding mediation; |
| 05/03/11 | Richard Lorenzen | 0.20 | Telephone call from J. Till regarding mediation; |
| 05/06/11 | Richard Lorenzen | 0.30 | Review status, and telephone call to J. Till; |
| 05/09/11 | Richard Lorenzen | 0.20 | Correspondence from and to J. McHale regarding status; |
| 05/10/11 | Richard Lorenzen | 0.30 | Correspondence to J. Till, and review potential candidate for mediator; |
| 05/16/11 | Richard Lorenzen | 6.40 | Review pleadings from Debtors' attorney to Mediator (.4); prepare for mediation, and meeting with financial consultant and client (6.0); |
| 05/17/11 | Richard Lorenzen | 10.00 | Prepare for and attend mediation; |
| 05/19/11 | Richard Lorenzen | 2.10 | Review transcript of section 341 meeting (.3); review documents produced by Debtor's attorney, and correspondence to K. Everett (1.8); |

| | |
|---|---|
| Total For Services | $11,243.50 |
| **Total This Matter** | **$11,243.50** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 19.90 | 565.00 | 11,243.50 |
| Total | 19.90 | 565.00 | $11,243.50 |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

**0001.0013 Committee Meetings**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 05/05/11 | Douglas Pahl | 0.20 | Communications with Debtor's counsel; |

Total For Services $90.00

**Total This Matter $90.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Douglas Pahl | 0.20 | 450.00 | 90.00 |
| Total | 0.20 | 450.00 | $90.00 |

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|---|---|---|---|
| R. Lorenzen | 19.90 | 565.00 | 11,243.50 |
| D. Pahl | 0.20 | 450.00 | 90.00 |
| Total | 20.10 | 563.86 | $11,333.50 |

DRP

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JULY 23, 2011***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 74661, Invoice 4420359

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

Perkins Coie
Anchorage • Beijing • Bellevue • Boise • Chicago • Dallas • Denver • Los Angeles • Madison • New York • Palo Alto • Phoenix • Portland • San Diego • San Francisco • Seattle • Shanghai • Taipei • Washington, D.C.
Centralized Accounting Department
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Main Telephone Number: (206) 359-8000
Accounting: (206) 359-3143 - clientacct@perkinscoie.com
Tax I.D. Number: 91-0591206

ACCOUNT NUMBER: 74661

July 19, 2011

Invoice 4442275

Don G. White Committee of Unsecured Creditors
Attn: Julie MacHale, Chair, Creditors' Committee
Weyerhaeuser Realty Investors
8105 Irvine Center Drive
Suite 420
Irvine, CA 92618

INVOICE

**FOR SERVICES THROUGH 06/30/11, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $4,619.00 |
| Disbursements and Other Charges | $954.47 |
| **TOTAL DUE THIS INVOICE** | **$5,573.47** |

## 0001 General Case Administration

**Disbursements and Other Charges**

| | | |
|---|---|---|
| Travel expense - R. Lorenzen, Newport Beach, 5/16-17 | 299.33 | |
| Airfare - R. Lorenzen, Sna, 2011-05-16; Ticket#2173731749 | 449.40 | |
| Conference meals - R. Lorenzen, K. Everette, J. McHale, 5/23 | 205.74 | |
| Disbursement and Other Charges Total | | $954.47 |
| **Total This Matter** | | **$954.47** |

## 0001.0003 Asset Analysis and Recovery

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 06/10/11 | Richard Lorenzen | 0.20 | Review order, and scheduling issues regarding mediation; |
| 06/14/11 | Richard Lorenzen | 0.20 | Review status regarding report from consultant; |
| 06/16/11 | Richard Lorenzen | 0.30 | Review periodic reports, and status of consultant report; |
| 06/17/11 | Richard Lorenzen | 0.30 | Preliminary review of consultant report, and related issues; |
| 06/20/11 | Richard Lorenzen | 1.50 | Review issues regarding potentially avoidable transactions (.8); review issues/strategies regarding consultant report (.7); |
| 06/22/11 | Richard Lorenzen | 1.30 | Review issues regarding consultant report, and telephone conference with Committee regarding status/course of action; |
| 06/23/11 | Richard Lorenzen | 0.60 | Review issues regarding potential extension of limitations under |

Current charges only. Unpaid balances not included.
Disbursements not yet recorded will be included in future invoices.
Payment due in U.S. dollars upon receipt of invoice.
After 30 Days, A Monthly late charge of 1% Per Month from the invoice date (or such lower rate as required by applicable law) will be due.
Should A Collection Action Or Proceeding Be Necessary, Attorneys' Fees And Costs For Such Collection Effort Will Also Be Due.
Perkins Coie llp and Affiliates

| | | | |
|---|---|---|---|
| | | | FIRREA; |
| 06/23/11 | Richard Lorenzen | 0.90 | Correspondence to Committee regarding avoidable transfers (.4); correspondence from and to Committee regarding fraudulent transfers (.5); |
| 06/23/11 | Richard Lorenzen | 0.20 | Telephone call from J. Till regarding scheduling/mediation; |
| 06/27/11 | Richard Lorenzen | 0.40 | Review pleadings/status regarding continuance (.2); correspondence to and from financial consultants regarding status (.2); |
| 06/28/11 | Richard Lorenzen | 0.50 | Review motion and order continuing hearings (.2); review request for additional documents, and correspondence to client regarding same (.3); |

Total For Services $3,616.00

**Total This Matter $3,616.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 6.40 | 565.00 | 3,616.00 |
| Total | 6.40 | 565.00 | $3,616.00 |

**0001.0006 Fee-Employment Applications**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 06/21/11 | Richard Lorenzen | 0.30 | Work on fee application; |
| 06/21/11 | Mary Lou Maag | 0.60 | Review file in preparation for drafting initial fee application (.3); research local procedures (.3); |
| 06/22/11 | Mary Lou Maag | 0.10 | Emails regarding fee application details; |
| 06/23/11 | Richard Lorenzen | 0.30 | Review fee application, and correspondence to client; |
| 06/24/11 | Mary Lou Maag | 0.20 | Emails regarding fee application preparation procedures and timing; |
| 06/27/11 | Richard Lorenzen | 0.20 | Review issues/status regarding fee application; |
| 06/27/11 | Mary Lou Maag | 1.10 | Continue drafting fee application (.8); correspondence regarding procedures and timing (.3); |
| 06/28/11 | Mary Lou Maag | 0.40 | Continue preparation of interim fee application; |
| 06/30/11 | Mary Lou Maag | 0.50 | Continue preparation of fee application; |

Total For Services $1,003.00

**Total This Matter $1,003.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| Richard Lorenzen | 0.80 | 565.00 | 452.00 |
| Mary Lou Maag | 2.90 | 190.00 | 551.00 |
| Total | 3.70 | 271.08 | $1,003.00 |

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|---|---|---|---|
| R. Lorenzen | 7.20 | 565.00 | 4,068.00 |
| M. Maag | 2.90 | 190.00 | 551.00 |
| Total | 10.10 | 457.33 | $4,619.00 |

DRP

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before AUGUST 18, 2011***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 74661, Invoice 4442275

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**