Richard M. Lorenzen
Arizona Bar No. 006787
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
Email: RLorenzen@perkinscoie.com

Douglas R. Pahl
Oregon Bar No. 950476
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Telephone: 503.727.2087
Facsimile: 504.346.2087
Email: DPahl@perkinscoie.com

Zachariah Larson, NV Bar No. 7787
LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: 702.382.1170
Facsimile: 702.382.1169
Email: ZLarson@lslawnv.com

Counsel for Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DON GROVER WHITE,<br><br>　　　　　　Debtor. | Case No.: BK-S-10-19402-lbr<br>Chapter 11<br><br>Hearing date: September 28, 2011<br>Hearing time: 2:00 p.m.<br>Courtroom: 1, Foley Federal Building |

**CERTIFICATE OF SERVICE**

1. On August 11, 2011 I served the following documents:

- First Interim Application of Perkins Coie LLP for Payment of Attorney Fees and Costs for the Period of September 7, 2010 Through June 30, 2100;

- Declaration of Richard M. Lorenzen in Support of the First Interim Application of Perkins Coie LLP for Payment of Attorney Fees and Costs for the Period of September 7, 2010 Through June 30, 2100; and

CERTIFICATE OF SERVICE – 1
74661-0001/LEGAL21470211.1
8/11/11

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

- Notice of Hearing on the First Interim Application of Perkins Coie LLP for Payment of Attorney Fees and Costs for the Period of September 7, 2010 Through June 30, 2100.

2. I served the above-named documents by email through the ECF System to the persons listed on the filing receipts attached as Exhibit A.

3. I served the above-named documents by United States mail, postage fully prepaid to the persons listed on the court mailing matrix attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: August 11, 2011

By: */s/ Kathryn Hardy*
    Legal Assistant
    PERKINS COIE LLP

CERTIFICATE OF SERVICE – 2
74661-0001/LEGAL21470211.1
8/11/11

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**EXHIBIT A**
(see attached)

CERTIFICATE OF SERVICE – 3
74661-0001/LEGAL21470211.1
8/11/11

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**Maag, Mary Lou  (Perkins Coie)**

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **Sent:** | Thursday, August 11, 2011 12:45 PM |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 10-19402-lbr Application for Compensation |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from ZACHARIAH LARSON entered on 8/11/2011 at 12:45 PM PDT and filed on 8/11/2011
**Case Name:**   DON GROVER WHITE
**Case Number:**   10-19402-lbr
**Document Number:** 246

**Docket Text:**
Application for Compensation for THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, Fees: $76359.50, Expenses: $1969.31. Filed by ZACHARIAH LARSON (LARSON, ZACHARIAH)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** S:\Client Matters\BANKRUPTCY FILES\Perkins Coie Brown & Bain 1199-1001 CS\Docket\Fee App of Perkins Coie\First Fee App 8-11-11.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/11/2011] [FileNumber=20236324-0
] [216b7b70435c4fea20e2a6897302effa3d2f6dee9a38cc6f0bd9d1b8a40540af959
839ff8f2856166b66e68eba149c942182af3ea53fe41b50a560934c86e83b]]


**10-19402-lbr Notice will be electronically mailed to:**

LAUREL E. DAVIS on behalf of Creditor BANK OF GEORGE
ldavis@fclaw.com, mhurtado@fclaw.com

ROBERT R. KINAS on behalf of Creditor HOUSING CAPITAL COMPANY
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com

1

ZACHARIAH LARSON on behalf of Attorney PERKINS COIE LLP
cshurtliff@larsonlawnv.com, sstanton@larsonlawnv.com;akosina@larsonlawnv.com

ELEISSA C. LAVELLE on behalf of Creditor Iota White, LLC
eclavelle@duanemorris.com, hmlinakis@duanmorris.com

RICHARD M LORENZEN on behalf of Creditor MW Housing Partners I, LLC
RLorenzen@perkinscoie.com, KHardy@perkinscoie.com;docketphx@perkinscoie.com

SHAWN W MILLER on behalf of Creditor WELLS FARGO BANK, N.A.
smiller@millerwrightlaw.com,
ewright@millerwrightlaw.com;ltreadway@millerwrightlaw.com;efile@millerwrightlaw.com

DOUGLAS R. PAHL on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
dpahl@perkinscoie.com, etherrien@perkinscoie.com;docketpor@perkinscoie.com

MARCO I. SANCHEZ on behalf of Creditor Abel and Daisy Trujillo
MSANCHEZ@MSLAWLV.COM

AMY N. TIRRE on behalf of Debtor DON WHITE
amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

ERIKA M. WRIGHT on behalf of Creditor WELLS FARGO BANK, N.A.
ewright@millerwrightlaw.com

**10-19402-lbr Notice will not be electronically mailed to:**

Bank of the West
Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center
5th Floor
c/o Walter W. Gouldsbury III
San Francisco, CA 94111

DEVELOPMENT SPECIALISTS INC
,

LARSON & STEPHENS
,

WILLIAM N LOBEL on behalf of Debtor DON WHITE
IRELL & MANELLA LLP
840 Newport Center Drive, Ste. 400
Newport Beach, CA 92660

RSM McGLADREY, INC.

2

c/o THE CORPORATION TRUST COMPANY OF NV
311 DIVISION STREET
CARSON CITY, NV 89703

JOSEPH A.G. SAKAY on behalf of Creditor WASHINGTON FEDERAL SAVINGS
HILLIS CLARK MARTIN & PETERSON, P.S.
1221 SECOND AVENUE, SUITE 500
SEATTLE, WA 98101-2925

JAMES E TILL on behalf of Debtor DON WHITE
840 NEWPORT CENTER DRIVE
SUITE 750
NEWPORT BEACH, CA 92660

WRI Communities Fund I, LLC
,

1
2
3       **EXHIBIT B**
        (see attached)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE – 4
74661-0001/LEGAL21470211.1
8/11/11

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

```
Label Matrix for local noticing        Bank of the West                        HOUSING CAPITAL COMPANY
0978-2                                 Jeffer Mangels  Butler & Mitchell LLP   C/O HOF FINANCIAL I LLC
Case 10-19402-lbr                      Two Embarcadero Center                  ATTN: RUSS WAKEHAM
District of Nevada                     5th Floor                               3200 WEST BRISTOL ST., STE 800
Las Vegas                              c/o Walter W. Gouldsbury III            COSTA MESA, CA 92626-1810
Thu Aug 11 13:47:25 PDT 2011           San Francisco, CA 94111-3813

Iota White, LLC                        RSM McGLADREY, INC.                     THE OFFICIAL COMMITTEE OF UNSECURED CREDITOR
Duane Morris, LLP                      c/o THE CORPORATION TRUST COMPANY OF NV C/o Larson & Stephens
100 N. City Parkway                    311 DIVISION STREET                     810 S. Casino Center Blvd.
Suite 1560                             CARSON CITY, NV 89703-4202              Suite 104
Las Vegas, NV 89106-4617                                                       Las Vegas, NV 89101-6719

WELLS FARGO BANK, N.A.                 United States Bankruptcy Court          AMERICAN COMMERCIAL CREDIT SERVICES
C/O SHAWN MILLER, ESQ.                 300 Las Vegas Blvd., South              ASSIGNEE OF LODI DOOR OF PHOENIX
SHEA & CARLYON, LTD                    Las Vegas, NV 89101-5833                PO BOX 11310
701 BRIDGER AVE., #850                                                         PHOENIX, AZ 85061-1310
LAS VEGAS, NV 89101-8959

ASSOCIATED MATERIALS INCORPORATED      Abel and Daisy Trujillo                 Alberto Gonzalez
C/O NCS                                Manzano Sanchez, P.C.                   c/o David T Pursiano Esq
729 MINER ROAD                         901 South Rancho Drive Ste 15           The Pursiano Law Group
HIGHLAND HTS OH 44143-2117             Las Vegas, NV 89106-3815                851 S Rampart Blvd Ste 260
                                                                               Las Vegas, NV 89145-4888

Alberto Gonzalez                       American Asphalt & Grading Company      American Commercial Credit Service
c/o Teresa A Libertino/Jonathan G Lattie c/o The Law Office of Hayes & Welsh   Assignee of Lodi Door of Phoenix
Lattie Malanga Libertino LLP           199 N. Arroyo Grande Blvd., #200        Attn Wayne Lovejoy
851 So Rampart Blvd Set 290            Henderson, NV 89074-1609                PO Box 11310
Las Vegas, NV 89145-4882                                                       Phoenix, AZ 85061-1310

American Contractors Indemnity Co      Aspen Financial Services                Aviara Owners Association
c/o Jeff H Yusen Esq                   Attn Jeff Guinn                         c/o Stephen Nourse Esq/John Dippold Esq
Yusen & Friedrich                      7900 W Sahara #200                      Carney Badley & Spellman PS
215 NE 40th St Ste C-3                 Las Vegas, NV 89117-7921                701 Fifth Avenue Ste 3600
Seattle, WA 98105-6567                                                         Seattle, WA 98104-7010

BLACK HAWK HOMEOWNERS ASSOCIATION      Bank of George                          Bank of Nevada
JOHN J STANDER ESQ                     Attn Margaret Foster                    Attn Todd Skadberg
C/O ANGIUS & TERRY LLP                 9115 West Russell Road Ste 110          2700 W Sahara Avenue
1120 N. TOWN CENTER DR  STE 260        Las Vegas, NV 89148-1235                Las Vegas, NV 89102-1712
LAS VEGAS, NV 89144-6304

Bank of the West                       Bank of the West                        Bank of the West
Attn Officer Director Or Managing Agent c/o Richard F Holley/Ogonna M Atamoh   c/o Robert B Kaplan Esq
180 Montgomery St                      Santoro Driggs Walch Kearney Holley etal Jeffer Mangels Butler & Marmaro LLP
San Francisco, CA 94104-4297           400 So Fourth St 3rd Floor              Two Embarcadero Center 5th Floor
                                       Las Vegas, NV 89101-6206                San Francisco, CA 94111-3813

Bank of the West                       Bella Lago Homeowners Association       Black Hawk Owners Association
c/o Robert B. Kaplan                   C/O CAMCO                               PO Box 14104
Jeffer Mangels Butler & Mitchell LLP   PO BOX 12117                            Tumwater, WA 98511-4104
Two Embarcadero Center, 5th Floor      Las Vegas, NV 89112-0117
San Francisco, CA 94111-3813

Black Hawk Owners Association          Black Hawk Owners Association           Black Hawk Owners Association
c/o Leonard Flanagan/Justin Sudweeks   c/o Paul P Terry Jr/John J Stander Jr   c/o Paul Terry Jr/John Stander Jr Esqs
Levin & Stein                          Angius & Terry LLP                      Angius & Terry LLP
201 Queen Anne Ave No Ste 400          1120 N Town Center Dr Ste 260           1120 N Town Center Dr Ste 260
Seattle, WA 98109-4824                 Las Vegas, NV 89144-6304                Las Vegas, NV 89144-6304
```

| | | |
|---|---|---|
| Bryan White<br>8700 Fortman NE<br>Lacey, WA 98516-6295 | CADC AMI Venture, LLC (Campus Glen)<br>c/o Eleissa C. Lavelle, Esq.<br>Duane Morris, LLP<br>100 N. City Parkway, Suite 1560<br>Las Vegas, NV 89106-4617 | CADC AMI Venture, LLC (Campus Meadows)<br>c/o Eleissa C. Lavelle, Esq.<br>Duane Morris, LLP<br>100 N. City Parkway, Suite 1560<br>Las Vegas, NV 89106-4617 |
| Capitol Indemnity Corp/ Platte River Ins<br>c/o Kurt Faux Esq/Willi Siepmann Esq<br>The Faux Law Group<br>1540 W Warm Springs Rd Ste 100<br>Henderson, NV 89014-4336 | Clark County Assessor<br>c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Box 551401<br>Las Vegas, NV 89155-1401 | Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Box 551220<br>Las Vegas, NV 89155-1220 |
| Concord Servicing Corp<br>Attn Officer Director or Managing Agent<br>PO Box 29352<br>Phoenix, AZ 85038-9352 | Danielle Alvarez<br>c/o David T Pursiano Esq<br>The Pursiano Law Group<br>851 S Rampart Blvd Ste 260<br>Las Vegas, NV 89145-4888 | Danielle Alvarez<br>c/o Teresa A Libertino/Jonathan G Lattie<br>Lattie Malanga Libertino LLP<br>851 So Rampart Blvd Set 290<br>Las Vegas, NV 89145-4882 |
| Dept of Employment Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713-0002 | Diane Webster<br>c/o David T Pursiano Esq<br>The Pursiano Law Group<br>851 S Rampart Blvd Ste 260<br>Las Vegas, NV 89145-4888 | Diane Webster<br>c/o Teresa A Libertino/Jonathan G Lattie<br>Lattie Malanga Libertino LLP<br>851 So Rampart Blvd Set 290<br>Las Vegas, NV 89145-4882 |
| F.H. PARTNERS, LLC,<br>c/o LAUREL E. DAVIS<br>FENNEMORE CRAIG, P.C.<br>300 SOUTH FOURTH STREET, SUITE 1400<br>LAS VEGAS, N  89101-6021 | FDIC as Receiver for AmTrust Bank<br>1801 East Ninth Street Suite 200<br>Cleveland, OH 44114-3103 | FDIC as Receiver for Charter Bank<br>Santa Fe NM<br>40 Pacifica Ste 1000<br>Irvine, CA 92618-7489 |
| FDIC as Receiver for Franklin Bank<br>9800 Richmond Suite 680<br>Houston, TX 77042-4574 | FDIC as Receiver for Franklin Bank<br>c/o Douglas F Behm Esq<br>Douglas F Behm PLLC<br>14362 N Frank Lloyd Wright Blvd Ste 1000<br>Scottsdale, AZ 85260-8847 | FDIC as Receiver for Franklin Bank<br>c/o Scott A Klundt/Catherine M Guastello<br>Quarles & Brady LLP<br>Renaissance One Two North Central Ave<br>Phoenix, AZ 85004-2391 |
| FH Partners LLC<br>PO Box 30018<br>Hartford, CT 06150-0018 | FH Partners LLC<br>c/o FirstCity Servicing Corporation<br>Attn Steven Jamison<br>6400 Imperial Drive<br>Waco, TX 76712-6804 | Faye and Associates<br>Attn Don Faye<br>12448 Grainwood Way<br>San Diego, CA 92131-2283 |
| Fortis Commercial Advisors<br>Attn Frank Jalili VP Invest Srvcs<br>10100 W Charleston Blvd Ste 160<br>Las Vegas, NV 89135-5002 | Fortis Commercial Advisors<br>c/o Roger P. Croteau, Esq.<br>720 S. Fourth Street, Suite 202<br>Las Vegas, NV 89101-6743 | GRANITE CREST HOMEOWNERS ASSOCIATION<br>JOHN J. STANDER ESQ<br>C/O ANGIUS & TERRY LLP<br>1120 N. TOWN CENTER DR  STE 260<br>LAS VEGAS   NV 89144-6304 |
| GULF NATIONAL 3, LLC<br>SUSAN L. MYERS, NBN 5078<br>LIONEL SAWYER & COLLINS<br>300 SOUTH FOURTH ST., SUITE 1700<br>LAS VEGAS, NV 89101-6053 | Granite Crest Homeowners Association<br>c/o Paul Terry Jr/John Stander Jr Esqs<br>Angius & Terry LLP<br>1120 N Town Center Dr Ste 260<br>Las Vegas, NV 89144-6304 | Gulf Coast Bank and Trust Company<br>Attn Donna Herrmann<br>200 St Charles Ave 4th Floor<br>New Orleans, LA 70130-2997 |
| Gyasi Subira<br>c/o David T Pursiano Esq<br>The Pursiano Law Group<br>851 S Rampart Blvd Ste 260<br>Las Vegas, NV 89145-4888 | Gyasi Subira<br>c/o Teresa A Libertino/Jonathan G Lattie<br>Lattie Malanga Libertino LLP<br>851 So Rampart Blvd Set 290<br>Las Vegas, NV 89145-4882 | HOUSING CAPITAL COMPANY, A MINNESOTA PARTNER<br>C/O SNELL & WILMER L.L.P.<br>ATTN: ROBERT KINAS, ESQ.<br>3883 HOWARD HUGHES PARKWAY, SUITE 1100<br>LAS VEGAS, NV 89169-0965 |

```
Housing Capital Co/ HOF Financial I LLC       Housing Capital Co/ HOF Financial I LLC       Housing Capital Co/ HOF Financial I LLC
Attn Bill Wells                                Bill Wells or Managing Agnt/Directr/Ofcr      Bill Wells or Managing Agnt/Directr/Ofcr
3200 W Bristol St Ste 500                      c/o Kathleen Janssen/Snell & Wilmer LLP       c/o Michael Stein Esq/Snell & Wilmer LLP
Costa Mesa, CA 92626-1810                      3883 Howard Hughes Pkwy Ste 1100              3883 Howard Hughes Pkwy Ste 1100
                                               Las Vegas, NV 89169-0965                      Las Vegas, NV 89169-0965


Insurance Company of the West                  (p)INTERNAL REVENUE SERVICE                   Investors Mortgage Corporation
Attn Officer Director or Managing Agent        CENTRALIZED INSOLVENCY OPERATIONS             Attn Richard Anderson
11455 El Camino Real                           PO BOX 7346                                   8879 W Flamingo Rd Ste 203
San Diego, CA 92130-2088                       PHILADELPHIA PA 19101-7346                    Las Vegas, NV 89147-8733


Iota White LLC                                 Iota White, LLC                               Iota White, LLC
c/o Eleissa C Lavelle Esq                      c/o Eleissa C. Lavelle, Esq.                  c/o Eleissa C. Lavelle, Esq.
Watt Tieder Hoffar & Fitzgerald LLP            Duane Morris, LLP                             Duane Morris, LLP
3993 Howard Hughes Pkwy Ste 400                100 N. City Parkway, Ste. 1560                100 N. City Parkway, Suite 1560
Las Vegas, NV 89169-5993                       Las Vegas, NV 89106-4617                      Las Vegas, NV 89106-4617


JULIE MACHALE, VICE PRESIDENT                  James F Lewis                                 James F Lewis
WEYERHAEUSER REALY INVESTORS                   c/o David T Pursiano Esq                      c/o Teresa A Libertino/Jonathan G Lattie
8105 IRVINE CENTER DRIVE, SUITE 420            The Pursiano Law Group                        Lattie Malanga Libertino LLP
IRVINE, CA 92618-3076                          851 S Rampart Blvd Ste 260                    851 So Rampart Blvd Set 290
                                               Las Vegas, NV 89145-4888                      Las Vegas, NV 89145-4882


James Hostetler                                Jamesella Proctor                             Jamesella Proctor
1333 N Buffalo Dr Ste 220                      c/o David T Pursiano Esq                      c/o Teresa A Libertino/Jonathan G Lattie
Las Vegas, NV 89128-3636                       The Pursiano Law Group                        Lattie Malanga Libertino LLP
                                               851 S Rampart Blvd Ste 260                    851 So Rampart Blvd Set 290
                                               Las Vegas, NV 89145-4888                      Las Vegas, NV 89145-4882


Joanne White                                   Josephina Crayton                             Josephina Crayton
10685 Canyon Lake Drive                        c/o David T Pursiano Esq                      c/o Teresa A Libertino/Jonathan G Lattie
San Diego, CA 92131-1212                       The Pursiano Law Group                        Lattie Malanga Libertino LLP
                                               851 S Rampart Blvd Ste 260                    851 So Rampart Blvd Set 290
                                               Las Vegas, NV 89145-4888                      Las Vegas, NV 89145-4882


Judy Millan                                    Judy Millan                                   King County Treasury
c/o David T Pursiano Esq                       c/o Teresa A Libertino/Jonathan G Lattie      Attn Linda Nelson
The Pursiano Law Group                         Lattie Malanga Libertino LLP                  500 4th Ave #600
851 S Rampart Blvd Ste 260                     851 So Rampart Blvd Set 290                   Seattle, WA 98104-2340
Las Vegas, NV 89145-4888                       Las Vegas, NV 89145-4882


Kingfutts PFM LLC Series LV Properties         La Tesoro Homeowners Association              Lincoln White
Attn Gary Brennan                              C/O CAMCO                                     619 Mt Elbert Way
3496 Pueblo Way                                PO BOX 12117                                  Boulder City, NV 89005-1056
Las Vegas, NV 89169-3337                       Las Vegas, NV 89112-0117


Loretto Bay Master Association                 MW Housing Partners I LLC                     MW Housing Partners I LLC
C/O CAMCO                                      c/o Weyerhaeuser Realty Investors             c/o Weyerhaeuser Realty Investors
PO BOX 12117                                   1301 Fifth Avenue Ste 3100                    Attn Jason Purvis
Las Vegas, NV 89112-0117                       Seattle, WA 98101-2649                        8105 Irvine Center Dr Ste 420
                                                                                             Irvine, CA 92618-3076


MW Housing Partners III, LP                    Madera at Northwest Landing Condominium       Maricopa County Treasurer
c/o Julie MacHale, Vice President              Owners Association                            301 W Jefferson Rm 100
Weyerhaeuser Realty Investors                  C/O VIS Group                                 Phoenix, AZ 85003-2199
8105 Irvine Center Drive, Suite 420            8621 Martin Way E Ste 201
Irvine, CA 92618-3076                          Lacey, WA 98516-5855
```

Mill Creek East Homeowners Association
C/O United Marketing
13400 NE 20th Street #37
Bellevue, WA 98005-2023

Mona Roberts
c/o David T Pursiano Esq
The Pursiano Law Group
851 S Rampart Blvd Ste 260
Las Vegas, NV 89145-4888

Mona Roberts
c/o Teresa A Libertino/Jonathan G Lattie
Lattie Malanga Libertino LLP
851 So Rampart Blvd Set 290
Las Vegas, NV 89145-4882

Nevada Dept of Taxation
Bankruptcy Section
555 E Washington Ave #1300
Las Vegas, NV 89101-1046

Nevada Title Company
c/o Patrick Byrne Esq/Mark Konrad Esq
Snell & Wilmer LLP
3883 Howard Hughes Pkwy Ste 1100
Las Vegas, NV 89169-0965

Patricia Smith
c/o David T Pursiano Esq
The Pursiano Law Group
851 S Rampart Blvd Ste 260
Las Vegas, NV 89145-4888

Patricia Smith
c/o Teresa A Libertino/Jonathan G Lattie
Lattie Malanga Libertino LLP
851 So Rampart Blvd Set 290
Las Vegas, NV 89145-4882

Phillip Proctor
c/o David T Pursiano Esq
The Pursiano Law Group
851 S Rampart Blvd Ste 260
Las Vegas, NV 89145-4888

Phillip Proctor
c/o Teresa A Libertino/Jonathan G Lattie
Lattie Malanga Libertino LLP
851 So Rampart Blvd Set 290
Las Vegas, NV 89145-4882

Pierce County Tax Assessor
2401 S 35th St Rm 142
Tacoma, WA 98409-7498

RBC Centura Bank
Attn Will Cropper
11011 Richmond Ave Suite 850
Houston, TX 77042-6792

RBC REAL ESTATE FINANCE INC
C/O JAMES P KOUSOULAS
BRYAN CAVE LLP
3161 MICHELSON DR  STE 1500
IRVINE CA 92612-4414

Raymond Baldes
c/o David T Pursiano Esq
The Pursiano Law Group
851 S Rampart Blvd Ste 260
Las Vegas, NV 89145-4888

Raymond Baldes
c/o Teresa A Libertino/Jonathan G Lattie
Lattie Malanga Libertino LLP
851 So Rampart Blvd Set 290
Las Vegas, NV 89145-4882

Reina Arellano
c/o David T Pursiano Esq
The Pursiano Law Group
851 S Rampart Blvd Ste 260
Las Vegas, NV 89145-4888

Reina Arellano
c/o Teresa A Libertino/Jonathan G Lattie
Lattie Malanga Libertino LLP
851 So Rampart Blvd Set 290
Las Vegas, NV 89145-4882

Republic Credit One, L.P.
3214 W. Park Row Drive
Arlington, TX 76013-3136

Snohomish County Assessors Office
3000 Rokefeller Ave
M/S 510
Everett, WA 98201-4046

State of Nevada Dept of Motor Vehicles
Attn Legal Division
555 Wright Way
Carson City, NV 89711-0001

Stella Ruiz
c/o David T Pursiano Esq
The Pursiano Law Group
851 S Rampart Blvd Ste 260
Las Vegas, NV 89145-4888

Stella Ruiz
c/o Teresa A Libertino/Jonathan G Lattie
Lattie Malanga Libertino LLP
851 So Rampart Blvd Set 290
Las Vegas, NV 89145-4882

Stewart Title Guaranty Company
Attn Melanie Weidenbach Mays
1520 Cooper Point Rd SW #310
Olympia, WA 98502-1050

Sullivan Richardson
1333 N Buffalo Dr Ste 220
Las Vegas, NV 89128-3636

Summerwalk Homeowners Association
C/O VIS Group
8621 Martin Way E Ste 201
Lacey, WA 98516-5855

TRA Industries Inc
c/o Jeffery A Hellinger Esq
Durkee & Hennessey
2200-112th Ave NE Ste 200
Bellevue, WA 98004-2951

Teresa Subira
c/o David T Pursiano Esq
The Pursiano Law Group
851 S Rampart Blvd Ste 260
Las Vegas, NV 89145-4888

Teresa Subira
c/o Teresa A Libertino/Jonathan G Lattie
Lattie Malanga Libertino LLP
851 So Rampart Blvd Set 290
Las Vegas, NV 89145-4882

Thomas R Robertson
810 Sunset Ct
San Diego, CA 92109-7026

Thurston County Assessors Ofc
Bldg 1 Rm 127
2000 Lakeridge Dr SW
Olympia, WA 98502-6080

Tier One Bank
Attn Jeff Smith
1235 N St
Lincoln, NE 68508-2083

| | | |
|---|---|---|
| TriPacific Residential Investors-One LLC<br>c/o TriPacific Capital Advisors LLC<br>Attn Paul Lucatuorto<br>13520 Evening Creek Dr N Ste 380<br>San Diego, CA 92128-8105 | U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | United States Trustee<br>300 Las Vegas Blvd South #4300<br>Las Vegas, NV 89101-5803 |
| Villa Azure Homeowners Association<br>C/O CAMCO<br>PO BOX 12117<br>Las Vegas, NV 89112-0117 | WA State Dept of Labor & Industries<br>3rd Floor Legal<br>PO Box 44170<br>Olympia, WA 98504-4170 | WASHINGTON FEDERAL SAVINGS<br>C/O JOSEPH A.G. SAKAY ESQ<br>HILLIS CLARK MARTIN & PETERSON PS<br>1221 SECOND AVE #500<br>SEATTLE WA 98101-2925 |
| WELLS FARGO BANK, N.A.<br>c/o SHAWN W. MILLER ESQ.<br>SHEA & CARLYON, LTD.<br>701 BRIDGER AVENUE, SUITE 850<br>LAS VEGAS, NV 89101-8959 | WOODWORTH & CO.<br>1200 EAST D. STREET<br>TACOMA, WA 98421-1710 | WOODWORTH & COMPANY<br>DAVIES PEARSON,P.C., ATTN BRIAN M. KING<br>P.O. BOX 1657<br>TACOMA WA 98401-1657 |
| WRI Communities Fund I LLC<br>Attn Lorrie D Scott SVP<br>14725 SE 36th Street Ste 401<br>Bellevue, WA 98006-1682 | WRI Communities Fund I LLC<br>c/o Weyerhaeuser Realty Investors<br>1301 Fifth Ave Ste 3100<br>Seattle, WA 98101-2649 | WRI Communities Fund I, LLC<br>c/o Julie MacHale, Vice President<br>Weyerhaeuser Realty Investors<br>8105 Irvine Center Drive, Suite 420<br>Irvine, CA 92618-3076 |
| Washington Federal Savings<br>Attn Patrick Wilson<br>425 Pike St 2nd Floor<br>Seattle, WA 98101-3902 | Washington State Dept of Revenue<br>Bankruptcy/Claims Unit<br>2101 4th Ave #1400<br>Seattle, WA 98121-2300 | Washington State Employment Sec Dept<br>PO Box 9046<br>Olympia, WA 98507-9046 |
| Washington State Ofc of Atty General<br>Bankruptcy & Collections Unit<br>800 Fifth Ave Ste 2000<br>Seattle, WA 98104-3188 | Wells Fargo Bank<br>Attn Jed Dealy<br>4643 S Ulster St #1400<br>Denver, CO 80237-2869 | Wells Fargo Bank<br>c/o Shawn W Miller/Patrick R Driscoll Jr<br>Shea & Carlyon Ltd<br>701 Bridger Ave Ste 850<br>Las Vegas, NV 89101-8959 |
| Wild Horse at Woods Creek Owners Assoc<br>c/o Jeremy Stilwell Esq<br>Barker Martin PS<br>719 2nd Ave Ste 1200<br>Seattle, WA 98104-1749 | William Crayton<br>c/o David T Pursiano Esq<br>The Pursiano Law Group<br>851 S Rampart Blvd Ste 260<br>Las Vegas, NV 89145-4888 | William Crayton<br>c/o Teresa A Libertino/Jonathan G Lattie<br>Lattie Malanga Libertino LLP<br>851 So Rampart Blvd Set 290<br>Las Vegas, NV 89145-4882 |
| William Hoover<br>1333 N Buffalo Dr Ste 220<br>Las Vegas, NV 89128-3636 | William Roberts<br>c/o David T Pursiano Esq<br>The Pursiano Law Group<br>851 S Rampart Blvd Ste 260<br>Las Vegas, NV 89145-4888 | William Roberts<br>c/o Teresa A Libertino/Jonathan G Lattie<br>Lattie Malanga Libertino LLP<br>851 So Rampart Blvd Set 290<br>Las Vegas, NV 89145-4882 |
| Woodworth & Company<br>c/o Davies Pearson PC<br>Attn Brian M King Esq<br>920 Fawcett - PO Box 1657<br>Tacoma, WA 98401-1657 | AMY N. TIRRE<br>LAW OFFICES OF AMY N. TIRRE<br>3715 LAKESIDE DRIVE, STE A<br>RENO, NV 89509-5349 | Abel and Daisy Trujillo<br>Manzano Sanchez, P.C.<br>901South Rancho Drive<br>Suite 15<br>Las Vegas, NV 89106-3815 |
| DON GROVER WHITE<br>2204 PAIUTE MEADOWS DRIVE<br>LAS VEGAS, NV 89134-6711 | JAMES E TILL<br>840 NEWPORT CENTER DRIVE<br>SUITE 750<br>NEWPORT BEACH, CA 92660-6364 | WILLIAM N LOBEL<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Ste. 400<br>Newport Beach, CA 92660-6323 |